**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____     Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Circle Furniture Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1254923** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **19 Craig Road**<br>**Acton, MA 01720** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (*if known*) _____

Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**      *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Circle Furniture Holdings, Inc.**                    Case number (*if known*) _____
Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2026**
                MM / DD / YYYY

**X** **/s/ Robert Richard**                    **Robert Richard**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ David B. Madoff**                Date    **January 30, 2026**
Signature of attorney for debtor                    MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone    **508-543-0040**    Email address    **alston@mandkllp.com**

**552968 MA**
Bar number and State

## UNANIMOUS VOTE OF SHAREHOLDERS

The undersigned, being the sole shareholder of Circle Holdings, Inc. (the "Company"),

hereby certifies that, on January 30, 2026, the shareholders of the Company, by unanimous vote,

voted to approve, consent to and take the following actions:

VOTED:    That the Company seek relief under Chapter 7 of the Bankruptcy Code, and that Robert Richard, the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:    That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED:    That this written consent be filed in the minute book of the Company.

Dated: January 30, 2026

_____
Robert Richard

Debtor   Circle Furniture Holdings, Inc.                                    Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2026**
              MM / DD / YYYY

X _____          **Robert Richard**
Signature of authorized representative of debtor    Printed name

Title   **President**


**18. Signature of attorney**   X _____     Date **January 29, 2026**
                                Signature of attorney for debtor              MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**       Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2026**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Robert Richard**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2026**          X **/s/ Robert Richard**
                                              Signature of individual signing on behalf of debtor

                                              **Robert Richard**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $     **2,273,011.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $     **2,273,011.00**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **6,881,894.18**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **2,074,137.72**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **4,794,548.89**

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $     **13,750,580.79**

**Fill in this information to identify the case:**

Debtor name    **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Capital One Bank - Debtor has no access to account so cannot give a value.  Balance is minimal.** | **Business Checking** | **7629** | **Unknown** |
| 3.2. | **South Shore Bank  - Debtor has no access to account so cannot give a value.  Balance is minimal.** | **Business Checking** | **6530** | **Unknown** |
| 3.3. | **TD Bank - Debtor has no access to account so cannot give a value. Balance is minimal.** | **Commercial Checking** | **6063** | **Unknown** |
| 3.4. | **TD Bank - Debtor has no access to account so cannot give a value. Balance is minimal.** | **Commercial Checking** | **6170** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **$4,400 held in Madoff & KHoury LLP IOLTA Account - Funds belong to estate, intended to be used for w2s and other accountant expenses due to Paycom** | **$4,400.00** |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$4,400.00**

Debtor   **Circle Furniture Holdings, Inc.**  _____   Case number *(If known)* _____
         Name

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** Various Furniture Inventory - Cost is approximately $3.5 million.  Debtor believes liquidation value is far exceeded by debt to secured creditor, based on discussions and negotiations with furniture liquidator. | | **Unknown** | **Liquidation** | **$2,000,000.00** |
| 22.   **Other inventory or supplies** | | | | |

**23.**   **Total of Part 5.**                                                    **$2,000,000.00**
        Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(If known)* |
| | Name | |

■ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Furniture, Fixtures and Equipment** | $179,281.00 | Deprec. Cost | $179,281.00 |

**42.    Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.    Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $179,281.00 |
|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.    2018 Hino Box Truck, Approx. 80,000 Miles** | **Unknown** | **Comparable sale** | **$20,000.00** |

Debtor  **Circle Furniture Holdings, Inc.**                          Case number *(If known)*
        Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **2016 Ram Promaster Van, Approx. 100,000 miles** | **Unknown** | **Comparable sale** | **$10,000.00** |
| 47.3. | **2018 Subaru Crosstrek - Approx. 250,000 miles** | **Unknown** | **Comparable sale** | **$2,000.00** |
| 47.4. | **2025 BMW X5, Approx. 25,000 miles** | **Unknown** | **Comparable sale** | **$57,330.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                              **$89,330.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** All intellectual property, if any, assocoaited with Circle Furniture | **Unknown** | | **Unknown** |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

Debtor    **Circle Furniture Holdings, Inc.**                          Case number *(If known)* _____
           Name

66.    **Total of Part 10.**                                                    |  **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.                       _____

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $179,281.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $89,330.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,273,011.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,273,011.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1  BMW**<br>Creditor's Name<br><br>**PO Box 3608**<br>**Dublin, OH 43016**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2025 BMW X5, Approx. 25,000 miles**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | **$67,050.00** | **$57,330.00** |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2  CSC, As Representative**<br>Creditor's Name<br><br><br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Various Furniture Inventory - Cost is approximately $3.5 million.  Debtor believes liquidation value is far exceeded by debt to secured creditor, based on discussions and negotiations with furniture liquidator.**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | **Unknown** | **$2,000,000.00** |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor   **Circle Furniture Holdings, Inc.**
Name

Case number *(if known)*

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. South State Bank** | ☐ Unliquidated |
| **2. CSC, As Representative** | ☐ Disputed |
| **3. First Corporate** | |
| **Solutions, as Represent** | |

---

| 2.3 | **First Corporate Solutions, as Represent** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$2,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Various Furniture Inventory - Cost is approximately $3.5 million. Debtor believes liquidation value is far exceeded by debt to secured creditor, based on discussions and negotiations with furnioture liquidator.**

**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.2** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **South State Bank** | **Describe debtor's property that is subject to a lien** | **$3,500,000.00** | **$2,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Phillip Daniel, V.P.**
**1051 Cypress Creek**
**Parkway**
**Houston, TX 77090**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Various Furniture Inventory - Cost is approximately $3.5 million. Debtor believes liquidation value is far exceeded by debt to secured creditor, based on discussions and negotiations with furnioture liquidator.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/26/2021**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.2** | ☐ Unliquidated |
| | ☐ Disputed |

---

| Debtor | Circle Furniture Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.5 | **South State Bank** | Describe debtor's property that is subject to a lien | $0.00 | $179,281.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Phillip Daniel, V.P.
1051 Cypress Creek
Parkway
Houston, TX 77090**

Creditor's mailing address

**Furniture, Fixtures and Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **South State Bank, NA** | Describe debtor's property that is subject to a lien | $3,314,844.18 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**SBA Servicing
2440 Mall Drive
Charleston, SC 29406**

Creditor's mailing address

**Describe the lien**

**All Asset Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $6,881,894.18

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC
801 Adlai Stevenson Dr
Springfield, IL 62703** | Line  **2.2** | |

Debtor    **Circle Furniture Holdings, Inc.**

_____        Case number (if known)  _____

Name

**Nelson Mullins**
**Attn:  Adam Herring, Esq.**                                                   Line  **2.4**
**Atlantic Station, Suite 1700**
**201 17th St NW**
**Atlanta, GA 30363**

**South State Bank, NA**
**SBA Servicing**                                                              Line  **2.4**
**2440 Mall Drive**
**Charleston, SC 29406**

**Fill in this information to identify the case:**

Debtor name      **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Nash**<br>**168 Stoney Gate**<br>**Carlisle, MA 01741** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,262.16** | **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Abbey & David Cook**<br>**50 Sumner Road**<br>**Brookline, MA 02446** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,706.43** | **$1,706.43** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.81 | $47.81 |
| --- | --- | --- | --- | --- |

**Adriana Martinez**
**200 Market Street**
**Lowell, MA 01852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,012.35 | $3,800.00 |
| --- | --- | --- | --- | --- |

**AG&Co. Interiors**
**163 Cabot Street**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,100.00 | $3,800.00 |
| --- | --- | --- | --- | --- |

**Aleksandro Krasheninn**
**247 Fisher Road**
**Holden, MA 01520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,655.09 | $3,800.00 |
| --- | --- | --- | --- | --- |

**Alex Khalarian**
**160 Standish Street**
**Watertown, MA 02472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**                                                      Case number (if known)
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,517.57 | $1,517.57 |
|---|---|---|---|---|

**Ali Akin**
**15 Powers Road**
**Sudbury, MA 01776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | | $8,672.04 | $3,800.00 |
|---|---|---|---|---|

**Alice Dove**
**30 Bridge Street**
**Kittery, ME 03904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | | $4,903.63 | $3,800.00 |
|---|---|---|---|---|

**Alice Murray**
**254 Pearl Street**
**Cambridge, MA 02139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | | $4,513.50 | $3,800.00 |
|---|---|---|---|---|

**Alison Barker**
**9 Adeline Way**
**Acton, MA 01720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**                          Case number (if known)
_____    Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188.94 | $1,188.94 |
|------|---|---|---|---|

**Alison Barker**
**9 Adeline Way**
**Acton, MA 01720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,563.73 | $3,563.73 |
|------|---|---|---|---|

**Alison Peterson**
**29 Pleasant View Road**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,974.96 | $2,974.96 |
|------|---|---|---|---|

**Ambassador**
**15 Depot Street**
**Duxbury, MA 02332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,974.96 | $2,974.96 |
|------|---|---|---|---|

**Ambassador**
**c/o Lawless Design**
**15 Depot Street**
**Duxbury, MA 02332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

**2.15** Priority creditor's name and mailing address

**Amisha Patel**
**13 St. Mary Road**
**Cambridge, MA 02139**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
■ No
☐ Yes

$3,471.60        $3,471.60

---

**2.16** Priority creditor's name and mailing address

**Amy & Doug Aker**
**11 Willow Circle**
**Lunenburg, MA 01462**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☐ No
☐ Yes

$2,058.06        $2,058.06

---

**2.17** Priority creditor's name and mailing address

**Amy Chen**
**239 Wachusett Street**
**Jamaica Plain, MA 02130**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☐ No
☐ Yes

$5,350.01        $3,800.00

---

**2.18** Priority creditor's name and mailing address

**Amy Truog**
**37 Trowbridge Street**
**Cambridge, MA 02138**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Deposit**

Is the claim subject to offset?
☐ No
☐ Yes

$5,193.13        $3,800.00

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,723.95 | $3,800.00 |
|---|---|---|---|---|
| | **Amy Turley** | Check all that apply. | | |
| | **378 East Dunbarton Road** | ☐ Contingent | | |
| | **Goffstown, NH 03045** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Depsosit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,103.69 | $3,800.00 |
|---|---|---|---|---|
| | **Ana Fahey-Flynn** | Check all that apply. | | |
| | **1 Concord Square., Apt. 3** | ☐ Contingent | | |
| | **Boston, MA 02118** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,399.00 | $3,399.00 |
|---|---|---|---|---|
| | **Andrea Kane** | Check all that apply. | | |
| | **17 Goldenrod Way** | ☐ Contingent | | |
| | **North Hampton, NH 03862** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,227.00 | $3,800.00 |
|---|---|---|---|---|
| | **Andy and Wei Samel** | Check all that apply. | | |
| | **57 North Main Street** | ☐ Contingent | | |
| | **Natick, MA 01760** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,061.44 | $1,061.44 |
|---|---|---|---|---|
| | **Angela & Sam DiBattista**<br>**57 Southern Avenue**<br>**Weymouth, MA 02188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,364.56 | $1,364.56 |
|---|---|---|---|---|
| | **Ann Kaliszewski**<br>**53 South Charlton Shore Rd.**<br>**Charlton, MA 01507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,769.71 | $1,769.71 |
|---|---|---|---|---|
| | **Ann Neely**<br>**8 Winthrop Street**<br>**Salem, MA 01970** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,037.92 | $3,037.92 |
|---|---|---|---|---|
| | **Anna Fahey-Flynn**<br>**1 Concord Sq., Apt. 3**<br>**Boston, MA 02118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061.44 | $1,061.44

**Anne Patterson**
**80 Buckingham Street**
**Cambridge, MA 02138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,545.93 | $3,800.00

**Anne Starr**
**38 Thingvalla Avenue**
**Cambridge, MA 02138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,829.47 | $3,800.00

**Anne Sternfeld**
**317 Glen Road**
**Weston, MA 02493**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,788.13 | $3,788.13

**Aubrey Harris**
**60 Adams Street, #3F**
**Somerville, MA 02145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.85 | $48.85 |
|---|---|---|---|---|

**Audrey Olfers**
**69 Old Orchard Lane**
**Boxborough, MA 01719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Depost**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,896.88 | $1,896.88 |
|---|---|---|---|---|

**Ava Brennan**
**7 Henchman Street**
**Boston, MA 02113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,680.00 | $2,680.00 |
|---|---|---|---|---|

**Barbara Niggel**
**455 Harvest Road**
**Eastham, MA 02642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.85 | $134.85 |
|---|---|---|---|---|

**Beth Troiano**
**80 Mill Street**
**Hanover, MA 02339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,482.31 | $2,482.31 |
|---|---|---|---|---|

**Bill & Lisa Campbell
8 Pocasset Street
East Falmouth, MA 02536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,275.00 | $2,275.00 |
|---|---|---|---|---|

**Brad Bowman
95 Daniel Street
Portsmouth, NH 03801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,419.91 | $2,419.91 |
|---|---|---|---|---|

**Brian Lamattina
320 Marverick Street
Boston, MA 02128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,334.13 | $3,334.13 |
|---|---|---|---|---|

**Brian Mahoney
165 Stagscoach Drive
Marshfield, MA 02050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.06 | $137.06 |
|---|---|---|---|---|
| | **Bridget Jaklitsch** | *Check all that apply.* | | |
| | **95 Circuit Road** | ☐ Contingent | | |
| | **South Weymouth, MA 02190** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,501.64 | $3,501.64 |
|---|---|---|---|---|
| | **Brigid Kennedy-Pfister** | *Check all that apply.* | | |
| | **50 Willow Grove Road** | ☐ Contingent | | |
| | **Brunswick, ME 04011** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,663.00 | $1,663.00 |
|---|---|---|---|---|
| | **Bruno Felaco** | *Check all that apply.* | | |
| | **137 Ashcroft Road** | ☐ Contingent | | |
| | **Medford, MA 02155** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,500.00 | $3,800.00 |
|---|---|---|---|---|
| | **Carlos Ramos** | *Check all that apply.* | | |
| | **49 Riverview Terrace** | ☐ Contingent | | |
| | **New Bedford, MA 02744** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$607.65** | **$607.65** |
|---|---|---|---|---|

**Carmen Cenerizio**
**40 Sleepy Hollow**
**Greenland, NH 03840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,810.60** | **$3,800.00** |
|---|---|---|---|---|

**Carol Aloupis**
**10 Chamberlain Circle**
**Nahant, MA 01908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,272.00** | **$2,272.00** |
|---|---|---|---|---|

**Carol Greenfield**
**284 Bishops Forest Dr**
**Waltham, MA 02452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,551.81** | **$3,800.00** |
|---|---|---|---|---|

**Caroline Doherty**
**30 Homestead Rd**
**Lynnfield, MA 01940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY   ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,055.32 | $3,800.00 |
|---|---|---|---|---|
| | **Caroline Shea** **74 Webster Street** **Arlington, MA 02474** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $798.00 | $798.00 |
|---|---|---|---|---|
| | **Catherine Petrie** **47 Old Nugent Farm Rd.** **Gloucester, MA 01930** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,142.10 | $3,800.00 |
|---|---|---|---|---|
| | **Catherine Piela** **73 Green Street** **Marblehead, MA 01945** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,006.50 | $3,800.00 |
|---|---|---|---|---|
| | **Cathie & Chuck Busuito** **65 Washington Street** **Salem, MA 01970** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,870.53 | $3,800.00 |
|---|---|---|---|---|

**Cathryn Freiman**
**6 Nipmuc Lane**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,887.63 | $3,800.00 |
|---|---|---|---|---|

**Cathy and Stephen Henderson**
**12 Fletcher Hill Lane**
**Groton, MA 01450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,854.40 | $3,800.00 |
|---|---|---|---|---|

**Cathy Joe Cardamone**
**93 Mates Way**
**Brewster, MA 02631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.00 | $999.00 |
|---|---|---|---|---|

**Cathy Joe Cardamone**
**93 Mates Way**
**Brewster, MA 02631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**2.55** | Priority creditor's name and mailing address
**Ceccilia Brown**
**18 Mountain Avenue**
**Wakefield, MA 01880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,793.07   $1,793.07

Date or dates debt was incurred

Basis for the claim:
**Depost**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.56** | Priority creditor's name and mailing address
**Chelsea Shukie**
**4 Copley Street**
**Winchester, MA 01890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,870.50   $1,870.50

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.57** | Priority creditor's name and mailing address
**Chris Ciriello**
**77 Exeter Street**
**Boston, MA 02116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,456.39   $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.58** | Priority creditor's name and mailing address
**Chris Jones**
**17 Kelber Drive**
**Marlborough, MA 01752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,999.44   $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (if known)
　　　　　　Name

| | | |
|---|---|---|
| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.59**

Priority creditor's name and mailing address
**Christian Farrar**
**32 Margaret Street**
**Arlington, MA 02474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$5,267.69    $3,800.00

---

**2.60**

Priority creditor's name and mailing address
**Christina Scott Duncan**
**77 Manomet Avenue**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$4,200.00    $3,800.00

---

**2.61**

Priority creditor's name and mailing address
**Christine Romeo**
**136 Joseph Road**
**Boxborough, MA 01719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$7,286.88    $3,800.00

---

**2.62**

Priority creditor's name and mailing address
**Cissy Young**
**110 Broad Street, Unit 502**
**Boston, MA 02110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

$7,007.75    $3,800.00

Debtor   **Circle Furniture Holdings, Inc.**

Case number (if known) _____

Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.49 | $155.49 |
|---|---|---|---|---|

**City of Boston**
**PO Box 55810**
**Boston, MA 02205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Excise Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Framingham**
**150 Concord Street**
**Framingham, MA 01702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Excise Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,466.13 | $3,800.00 |
|---|---|---|---|---|

**Claudia Ted Svoboda**
**325 Highland Avenue**
**West Newton, MA 02465**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,878.00 | $3,800.00 |
|---|---|---|---|---|

**Colin Quirk**
**25 Channel Center Street, Unit 208**
**Boston, MA 02210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**                    Case number (if known)

Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,734.13 | $3,800.00 |

**Collette Gagnon**
**59 Paine Road**
**Cumberland, RI 02864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,897.50 | $3,800.00 |

**Connie Sprovieri**
**183 Portsmouth Avenue**
**New Castle, NH 03854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,593.79 | $3,800.00 |

**Craig Thompson**
**15 College Ave**
**Arlington, MA 02474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,502.40 | $3,800.00 |

**Craig Weimer**
**221 Sage Lane**
**Portsmouth, NH 03801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,345.31 | $3,800.00 |
|---|---|---|---|---|

**Dana Sorbel**
**30 Sutton Road**
**Needham, MA 02492**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,374.00 | $2,374.00 |
|---|---|---|---|---|

**Daniel Gale**
**160 Paul Revere Rd.**
**Needham Heights, MA 02494**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,575.00 | $3,800.00 |
|---|---|---|---|---|

**Daniel Sigalovsky**
**390 FW Hardford Dr**
**Portsmouth, NH 03801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,017.55 | $3,800.00 |
|---|---|---|---|---|

**Danielle Downing**
**1 Charron Circle**
**Exeter, NH 03833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,707.00 | $3,800.00 |
|---|---|---|---|---|
| | **Danielle Downing** | *Check all that apply.* | | |
| | **1 Charron Circle** | ☐ Contingent | | |
| | **Exeter, NH 03833** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,299.75 | $3,800.00 |
|---|---|---|---|---|
| | **Daria Homenko** | *Check all that apply.* | | |
| | **18 Thomas Road** | ☐ Contingent | | |
| | **Wellesley, MA 02482** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,600.00 | $3,800.00 |
|---|---|---|---|---|
| | **David Alves** | *Check all that apply.* | | |
| | **533 Lewis Wharf** | ☐ Contingent | | |
| | **Boston, MA 02110** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,216.00 | $3,800.00 |
|---|---|---|---|---|
| | **David and Deb Rushton** | *Check all that apply.* | | |
| | **202 Court Street** | ☐ Contingent | | |
| | **Portsmouth, NH 03801** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,544.81 | $3,544.81 |
|---|---|---|---|---|
| | **David Brady**<br>**8 Griggs Terrace**<br>**Brookline, MA 02446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,354.63 | $3,354.63 |
|---|---|---|---|---|
| | **David Clemens**<br>**18 Middlesex Street**<br>**Cambridge, MA 02140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,684.47 | $1,684.47 |
|---|---|---|---|---|
| | **David Danek**<br>**30 Linbergh Avenue**<br>**West Newton, MA 02465** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,402.82 | $1,402.82 |
|---|---|---|---|---|
| | **David Matz**<br>**2 Abbot Mill Lane, #15-12**<br>**Westford, MA 01886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address<br>**David Mullen**<br>**144 Lowell Street**<br>**Arlington, MA 02476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,190.00** | **$3,800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**David Stawarz**<br>**147 Summer Street**<br>**Somerville, MA 02143** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,899.94** | **$2,899.94** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**Deb Ellis**<br>**65 Whitney Avenue**<br>**Westwood, MA 02090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,207.81** | **$3,800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**Debbie & Dave Hill**<br>**31 Brewster Street**<br>**Plymouth, MA 02360** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,392.60** | **$3,800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (if known)

Name

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,210.47 | $3,800.00 |

**Debbie Greenglass**
**66 Bel Air Road**
**Hingham, MA 02043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,162.31 | $3,162.31 |

**Deborah Freeman**
**365 Cover View Road**
**Wellfleet, MA 02667**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,272.21 | $3,800.00 |

**Deborah Goldman**
**525 Tumbling Hawk**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.94 | $1,698.94 |

**Deborah Hale**
**467 Beechwood Street**
**Cohasset, MA 02025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.91 | Priority creditor's name and mailing address<br>**Deborah McCormack**<br>**56 Thurlow Street**<br>**Plymouth, NH 03264** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

**$8,368.70**   **$3,800.00**

---

| | | |
|---|---|---|
| 2.92 | Priority creditor's name and mailing address<br>**Deborah Osborne**<br>**474 Pleasant Street**<br>**Winthrop, MA 02152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

**$560.00**   **$560.00**

---

| | | |
|---|---|---|
| 2.93 | Priority creditor's name and mailing address<br>**Denise Roussel**<br>**1010 Waltham Street, #292**<br>**Lexington, MA 02421** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

**$5,905.00**   **$3,800.00**

---

| | | |
|---|---|---|
| 2.94 | Priority creditor's name and mailing address<br>**Diana Silva**<br>**16 Marcella Street, Apt. 1**<br>**Cambridge, MA 02141** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

**$3,726.00**   **$3,726.00**

---

Debtor  **Circle Furniture Holdings, Inc.**  Case number *(if known)* _____

Name

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.75 | $318.75 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Dianne Spalding**
**87 Crane Neck**
**West Newbury, MA 01985**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,012.00 | $3,800.00 |
|------|----------------------------------------------|-----------------------------------------------|------------|-----------|

**Dimitri Bertsimas**
**75-83 Cambridge Parkway**
**Cambridge, MA 02142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,425.29 | $3,800.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Donald Hunton**
**15 Silver Hill Road**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,600.18 | $3,800.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Donna Grady**
**500 Harrison Aveue, 3F**
**Boston, MA 02118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,224.00 | $3,224.00 |
|---|---|---|---|---|

**Donna Korb**
**5 Colchester Road**
**Windham, NH 03087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,003.44 | $2,003.44 |
|---|---|---|---|---|

**Donna Role**
**18 Grover Road**
**Ashland, MA 01721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,201.37 | $3,800.00 |
|---|---|---|---|---|

**Doreen Boissonneault**
**739 Fairfield Street**
**Manchester, NH 03101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,535.10 | $3,800.00 |
|---|---|---|---|---|

**Doug Hardy**
**34 Nelson Avenue**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,292.09 | $1,292.09 |
|---|---|---|---|---|

**Drew Thompson**
**20 Short Street**
**Cohasset, MA 02025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,286.44 | $3,800.00 |
|---|---|---|---|---|

**Edna Kaplan**
**9 Goodwins Court, #5**
**Marblehead, MA 01945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,286.44 | $3,800.00 |
|---|---|---|---|---|

**Edna Kaplan**
**9 Goodwins Court, #5**
**Marblehead, MA 01945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,114.03 | $3,800.00 |
|---|---|---|---|---|

**Eileen Mullen**
**217 Hillcrest Road**
**Needham, MA 02492**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**    Case number (if known)
Name

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$6,227.00** | **$3,800.00** |
|---|---|---|---|---|
| | **Eileen Schaubert**<br>**57 North Main Street**<br>**Natick, MA 01760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,955.00** | **$1,955.00** |
|---|---|---|---|---|
| | **Elaine Russell**<br>**PO Box 2386**<br>**Nantucket, MA 02584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$27,222.06** | **$3,800.00** |
|---|---|---|---|---|
| | **Elena Holmansky**<br>**150 Butternut Hollow**<br>**Village of Nagog Woods, MA 01718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,919.06** | **$3,800.00** |
|---|---|---|---|---|
| | **Eliot Beal**<br>**255 Clapp Road**<br>**Scituate, MA 02066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,474.20 | $3,800.00 |
|---|---|---|---|---|

**Elite Anywhere**
**1140 Washington Street**
**Boston, MA 02118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,357.94 | $3,800.00 |
|---|---|---|---|---|

**Eliza Anderson**
**63 Haversham Road**
**Westerly, RI 02891**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,058.06 | $3,800.00 |
|---|---|---|---|---|

**Elizabeth & Ian Mazsa**
**4 Homer Sq.**
**Somerville, MA 02143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,617.01 | $3,800.00 |
|---|---|---|---|---|

**Elizabeth Canellos**
**343 Russell Street**
**Carlisle, MA 01741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,650.00 | $3,800.00

**Elizabeth Howes**
**1010 Waltham Street**
**Lexington, MA 02421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.05 | $737.05

**Elizabeth Powell**
**26 Eagles Lane**
**Falmouth, ME 04105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,631.00 | $3,800.00

**Ellen Dorian**
**8 Howley Lane**
**Savannah, GA 31411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $933.94 | $933.94

**Ellen Gibbons**
**759 CJC Highway**
**Cohasset, MA 02025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,666.81 | $3,666.81 |
|---|---|---|---|---|

**Ellen Kloss**
**59 Milton Street**
**Arlington, MA 02474**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,920.14 | $3,800.00 |
|---|---|---|---|---|

**Elliot Katzman**
**1 Swampscott Street**
**Swampscott, MA 01907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,372.16 | $1,372.16 |
|---|---|---|---|---|

**Emily Ambrose**
**17 Seneca Road**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,839.16 | $3,800.00 |
|---|---|---|---|---|

**Emily Mithcell**
**3 Beringer Way**
**Marblehead, MA 01945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.123 | Priority creditor's name and mailing address<br>**Eugene Boeglin**<br>**15 Lantern Lane**<br>**Lexington, MA 02421** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,757.92** | **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.124 | Priority creditor's name and mailing address<br>**Eva Adams**<br>**252 Oakland Avenue**<br>**Arlington, MA 02476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,445.00** | **$2,445.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.125 | Priority creditor's name and mailing address<br>**Fabian Canas**<br>**57 Amsden Street**<br>**Arlington, MA 02474** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,624.78** | **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.126 | Priority creditor's name and mailing address<br>**Fae Affleck**<br>**345 Westford Road**<br>**Concord, MA 01742** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,591.43** | **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,764.38** | **$3,800.00** |
|---|---|---|---|---|

**Francisco Garcia**
**5 Coppersmyth Way**
**Lexington, MA 02421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franklin Disla**
**255 Groveland Street**
**Haverhill, MA 01830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,178.06** | **$3,800.00** |
|---|---|---|---|---|

**Fred Benjamin**
**948 Washington Street**
**Gloucester, MA 01930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,505.88** | **$3,800.00** |
|---|---|---|---|---|

**Gail McCormick**
**34 Hamilton Road**
**Arlington, MA 02474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.76 | $3,800.00 |
|---|---|---|---|---|

**Gary Bigelow**
**22 Birch Brook Road**
**Lynn, MA 01905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,206.74 | $3,800.00 |
|---|---|---|---|---|

**George Albrecht**
**22 Liberty Drive**
**Boston, MA 02210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,096.25 | $3,800.00 |
|---|---|---|---|---|

**George Loewenson**
**22 Chauncy Street, #15**
**Cambridge, MA 02138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,333.56 | $2,333.56 |
|---|---|---|---|---|

**Gerry Benson**
**86 Lyman Road**
**Berlin, MA 01503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Circle Furniture Holdings, Inc.**                              Case number (if known)
         Name

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.89 | $2,583.89 |
|---|---|---|---|---|

**Gilda Clarke
20 Campbell Park
Somerville, MA 02144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,069.00 | $3,069.00 |
|---|---|---|---|---|

**Gina Sun
285 Third Street
Cambridge, MA 02142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,886.10 | $3,800.00 |
|---|---|---|---|---|

**Giulia Sheftel
88 Highland Circle
Wayland, MA 01778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,649.14 | $3,800.00 |
|---|---|---|---|---|

**Heather & Bracken McLeod
18 Edgel Drive
Framingham, MA 01701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,543.97 | $3,543.97 |
|---|---|---|---|---|

**Heather Cabassa**
**200 Spring Street**
**Ashland, MA 01721**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,781.53 | $3,800.00 |
|---|---|---|---|---|

**Heather Cully**
**12 Samoset Road**
**Duxbury, MA 02332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,103.62 | $3,800.00 |
|---|---|---|---|---|

**Heidi Rob Harrington**
**176 King Phllips Path**
**Duxbury, MA 02332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,170.10 | $3,170.10 |
|---|---|---|---|---|

**Heidi Taracena**
**80 Little River Road**
**Hampton, NH 03842**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,317.69 | $3,800.00 |
|---|---|---|---|---|

**Herb Collins**
**50 Woodruff Road**
**Clinton, MA 01510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.44 | $211.44 |
|---|---|---|---|---|

**Hugh Pearson**
**15 Joy Street**
**Boston, MA 02114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,854.00 | $3,800.00 |
|---|---|---|---|---|

**Ian James Sinnett Lee**
**193 School Street**
**Marstons Mills, MA 02648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,019.00 | $3,800.00 |
|---|---|---|---|---|

**Ian James Sinnett Lee**
**193 School Street**
**Marstons Mills, MA 02648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,953.75 | $2,953.75 |
|---|---|---|---|---|

**Ilana Robbins**
**140 Peal Street**
**Somerville, MA 02145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,262.77 | $3,800.00 |
|---|---|---|---|---|

**Ingrid & Dave Smith**
**33 Central Avenue**
**Marshfield, MA 02050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,079.36 | $3,800.00 |
|---|---|---|---|---|

**Ita Dennehy**
**777 Huron Avenue**
**Cambridge, MA 02138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,236.38 | $3,800.00 |
|---|---|---|---|---|

**Jack Robichau**
**14 Pearl Street, Unit A**
**Somerville, MA 02145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (if known) _____
     Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.75 | $63.75 |
|---|---|---|---|---|

**James & Margaret Kelly**
**29 Jackson Street**
**Cambridge, MA 02140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | | $2,263.97 | $2,263.97 |
|---|---|---|---|---|

**James Fitzsimmons**
**14 Indian Dawn**
**Wayland, MA 01778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | | $5,093.75 | $3,800.00 |
|---|---|---|---|---|

**Janes Loughlin**
**106A Ridgefield Circle**
**Clinton, MA 01510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | | $5,233.20 | $3,800.00 |
|---|---|---|---|---|

**Janet Clay**
**233 Otis Street**
**West Newton, MA 02465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (if known)
             Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,883.34** | **$3,800.00** |
|---|---|---|---|---|

**Janet Hoffman**
**219A Middle Road**
**Chilmark, MA 02535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,672.50** | **$2,672.50** |
|---|---|---|---|---|

**Janet Kmetz**
**48 Great Hill Drive**
**Topsfield, MA 01983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$923.90** | **$923.90** |
|---|---|---|---|---|

**Janet R. Lorusso**
**30 Revolutionary Road**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,123.87** | **$2,123.87** |
|---|---|---|---|---|

**Janis Cunningham**
**6 Stevens Circle**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,126.59 | $3,126.59 |
|---|---|---|---|---|

**Jason Labutti**
**1630 Belcasto Street**
**Las Vegas, NV 89117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,557.00 | $2,557.00 |
|---|---|---|---|---|

**Jean Froundjian**
**53 Barnard Avenue**
**Watertown, MA 02472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,807.00 | $3,800.00 |
|---|---|---|---|---|

**Jeff & Mary Furber**
**526 Essex Street**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,804.44 | $3,800.00 |
|---|---|---|---|---|

**Jeff Leone**
**32 Smith Road**
**Hingham, MA 02043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**                    Case number (if known)
_____
Name

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,618.20 | $2,618.20 |
|---|---|---|---|---|

**Jen Kenny**
**6 Berkley Circle**
**Hingham, MA 02043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,834.50 | $3,800.00 |
|---|---|---|---|---|

**Jennifer Dumas**
**19 Appleton Lane**
**Boxford, MA 01921**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,261.29 | $1,261.29 |
|---|---|---|---|---|

**Jennifer Lin**
**26 Grasshopper Lane**
**Acton, MA 01720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,706.69 | $1,706.69 |
|---|---|---|---|---|

**Jennifer Lynn**
**323 St Paul Street**
**Brookline, MA 02446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,747.94 | $2,747.94 |
|---|---|---|---|---|

**Jennifer Markell**
**10 Wyman Road**
**Cambridge, MA 02138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,625.00 | $2,625.00 |
|---|---|---|---|---|

**Jerry Grace Bird**
**55 Wallbridge Way**
**Moultonborough, NH 03254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,187.60 | $3,800.00 |
|---|---|---|---|---|

**Jill Browne**
**57 N Main Street**
**Natick, MA 01760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,558.88 | $3,558.88 |
|---|---|---|---|---|

**Jill Browne**
**57 N Main Street**
**Natick, MA 01760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,650.37 | $3,800.00 |
|---|---|---|---|---|

**Jim Morris**
**32 Sawtell Drive**
**Groton, MA 01450**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,626.89 | $3,800.00 |
|---|---|---|---|---|

**Joan & Howard Hoffman**
**549 School Street**
**Belmont, MA 02478**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,804.19 | $3,800.00 |
|---|---|---|---|---|

**Joan Ojemann**
**6 Balsam Circle**
**Westford, MA 01886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,803.91 | $3,800.00 |
|---|---|---|---|---|

**Joan Schope**
**240 Ridge Street**
**Arlington, MA 02474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.175** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,009.15** | **$3,800.00**

**Joanne Foster**
**7 Hancock Street**
**Portsmouth, NH 03801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,673.50** | **$3,800.00**

**Joe Farley**
**PO Box 1059**
**Hanover, MA 02339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,401.01** | **$3,800.00**

**Joel Patenaude**
**64 Lincoln Point Road**
**Charlton, MA 01507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,840.28** | **$3,800.00**

**Joey Cuzzi**
**11 Sim Road**
**Saugus, MA 01906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**
_____    Case number (if known) _____
Name

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.31 | $549.31 |
|---|---|---|---|---|

**John & Dorothy Owen**
**36 Juniper Avenue**
**Wakefield, MA 01880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,637.00 | $3,800.00 |
|---|---|---|---|---|

**John Beards**
**145 Hopkins Drive**
**Wellfleet, MA 02667**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,774.00 | $3,774.00 |
|---|---|---|---|---|

**John Fairbanks**
**8803 Courts Way**
**Silver Spring, MD 20910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**John Farrell**
**7 Beach Street**
**Cambridge, MA 02140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $47.81 | $47.81 |
|---|---|---|---|---|

**John Gutterman**
**1 Edward Road**
**Harwich, MA 02645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,607.50 | $3,800.00 |
|---|---|---|---|---|

**John J. Martinez**
**276 Emerald Street**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,757.44 | $3,800.00 |
|---|---|---|---|---|

**Jonathan Salcedo**
**353 Summer Street**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $413.10 | $413.10 |
|---|---|---|---|---|

**Jonathan Sillman**
**359 Tappan Street**
**Brookline, MA 02445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,718.38 | $1,718.38 |
|---|---|---|---|---|

**Jonathan Suber**
**56 Taft Avenue**
**Lexington, MA 02421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,418.36 | $3,418.36 |
|---|---|---|---|---|

**Joseph Ferraro**
**7 Quail Run**
**Andover, MA 01810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,418.36 | $3,418.36 |
|---|---|---|---|---|

**Joseph Ferraro**
**7 Quail Run**
**Andover, MA 01810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,844.81 | $1,844.81 |
|---|---|---|---|---|

**Joyce Shields**
**50 Winn Street**
**Belmont, MA 02478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**                              Case number *(if known)*
Name

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,706.69 | $1,706.69 |
|---|---|---|---|---|

**Jurgen Kedesdy**
**9 New Mill Place**
**Ipswich, MA 01938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.17 | $1,288.17 |
|---|---|---|---|---|

**Karen Fishman**
**313 Union Street, #2**
**Ashland, MA 01721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.56 | $859.56 |
|---|---|---|---|---|

**Karen McLoughlin**
**25 Ashland Woods Lane**
**Ashland, MA 01721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,694.89 | $3,800.00 |
|---|---|---|---|---|

**Karen Wilson**
**8 Pleasure Point Road**
**Sagamore, MA 02561**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,854.19 | $2,854.19 |
|---|---|---|---|---|

**Katherine Healy**
**46 Independence Way**
**Marblehead, MA 01945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.44 | $1,175.44 |
|---|---|---|---|---|

**Kathleen Cowie**
**38 Danforth Street**
**Marshfield, MA 02050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,819.88 | $2,819.88 |
|---|---|---|---|---|

**Kathleen Dickey**
**1277 Concord Street**
**Framingham, MA 01701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,998.74 | $3,800.00 |
|---|---|---|---|---|

**Kathryn Raiz**
**84 Wildwood Drive**
**Needham, MA 02492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,317.50 | $3,800.00 |
|---|---|---|---|---|

**Kathy Dunn**
**90 White Clover Trail**
**Plymouth, MA 02360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,479.69 | $3,800.00 |
|---|---|---|---|---|

**Kathy Grugan**
**64 Woody Nook**
**Plymouth, MA 02360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,582.35 | $1,582.35 |
|---|---|---|---|---|

**Kathy Kemperman**
**35 Millrun Lane**
**Concord, MA 01742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,166.23 | $3,800.00 |
|---|---|---|---|---|

**Kathy Uber**
**21 West View Lane**
**Stow, MA 01775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**                          Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,333.33** | **$3,800.00** |

2.203  Priority creditor's name and mailing address

**Kelly & Mark Pillsbury**
**277 Beeden Road**
**Westport, MA 02790**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,333.33**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.204  Priority creditor's name and mailing address

**Kendra Moore**
**46 Russell Avenue**
**Watertown, MA 02472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,408.00**    **$2,408.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.205  Priority creditor's name and mailing address

**Kenneth Preaster**
**14 Alaska Street**
**Boston, MA 02119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,430.97**    **$3,430.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.206  Priority creditor's name and mailing address

**Keri Corless**
**11 Vane Street**
**Wellesley, MA 02482**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,461.48**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,363.31 | $2,363.31 |
|---|---|---|---|---|

**Kevin & Bradley Cook**
**54 Martin St**
**Essex, MA 01929**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,673.50 | $3,800.00 |
|---|---|---|---|---|

**Kevin & Cheryl McCann**
**6 Sellers Farm Rd**
**Andover, MA 01810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,854.19 | $2,854.19 |
|---|---|---|---|---|

**Kevin & Cheryl McCann**
**6 Sellers Farm Rd**
**Andover, MA 01810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,305.65 | $3,800.00 |
|---|---|---|---|---|

**Kim & Chris Mellen**
**23 Eagles Nest Road**
**Duxbury, MA 02332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,082.85** | **$1,082.85** |
|---|---|---|---|---|

**Kim Farmer**
**25 Northern Ave**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,913.80** | **$3,800.00** |
|---|---|---|---|---|

**Kistler Mindich**
**20 Candlewood Drive**
**Topsfield, MA 01983**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$38,194.10** | **$3,800.00** |
|---|---|---|---|---|

**Koles Residence**
**20 Russett Ln**
**Melrose, MA 02176**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,111.69** | **$1,111.69** |
|---|---|---|---|---|

**Kris Choi**
**25 Northern Ave**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.10 | $32.10 |
|---|---|---|---|---|

**Kristen Barrett**
**36 Foster St**
**Marblehead, MA 01945**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,174.94 | $3,800.00 |
|---|---|---|---|---|

**Laura Clinton**
**135 Pleasant Street**
**Arlington, MA 02476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,471.46 | $3,800.00 |
|---|---|---|---|---|

**Laura Glasgall**
**1161 Drift Road**
**Westport, MA 02790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,220.44 | $3,220.44 |
|---|---|---|---|---|

**Lawrence Brenkus**
**318 Pleasant St**
**Belmont, MA 02478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
☑ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

### 2.219

**Priority creditor's name and mailing address**

**Layla Barkal**
**21 Falls Way**
**Greenland, NH 03840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,682.65    $3,682.65

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.220

**Priority creditor's name and mailing address**

**Leanne Russell**
**3 Fairlawn St**
**Malden, MA 02148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,401.91    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.221

**Priority creditor's name and mailing address**

**Leslie Elfant**
**30 Grove Hill Ave**
**Newtonville, MA 02460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,799.25    $2,799.25

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.222

**Priority creditor's name and mailing address**

**Leslie Lynch**
**23 Birch Ln**
**Ipswich, MA 01938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,069.71    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.223** | Priority creditor's name and mailing address

**Lichun Wang**
**177 Olde Westboro Rd**
**North Grafton, MA 01536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,487.45    $3,487.45

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.224** | Priority creditor's name and mailing address

**Liden Ponds**
**1400 S. Ocean Blvd**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,727.20    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.225** | Priority creditor's name and mailing address

**Linda & Harvey Sternberg**
**18 Marshall St**
**Watertown, MA 02472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,379.61    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.226** | Priority creditor's name and mailing address

**Linda Huls**
**602 Bois D'Arc Land**
**Franklin, TN 37069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,555.04    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**                                    Case number (if known)
         Name

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,632.31 | $1,632.31 |
|---|---|---|---|---|

**Linda Jeffries**
**36 Robinwood Ave**
**Apt 4**
**Jamaica Plain, MA 02130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $3,800.00 |
|---|---|---|---|---|

**Linda Savage**
**68 Ester Brook Rd**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,581.00 | $1,581.00 |
|---|---|---|---|---|

**Lisa & Michael Briggs**
**53 Varney Point Rd. Right**
**Gilford, NH 03249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,005.25 | $3,800.00 |
|---|---|---|---|---|

**Lisa Adil**
**1 Assabet Xing**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|

**Lisa Montuori Trimble**
**11 Ryder Ave**
**Melrose, MA 02176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | | $1,826.75 | $1,826.75 |
|---|---|---|---|---|

**Lisa Smith**
**8 Meadow Lane**
**Wellesley, MA 02482**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | | $12,579.26 | $3,800.00 |
|---|---|---|---|---|

**Liz & Rocky Piccirillo**
**3 Breck Place**
**Quincy, MA 02171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | | $3,182.19 | $3,182.19 |
|---|---|---|---|---|

**Liz Strauss**
**75 Nason Hill Road**
**Sherborn, MA 01770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**2.235** | Priority creditor's name and mailing address
**Liza O'Reilly**
**44 Floret Circle**
**Hingham, MA 02043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,056.19     $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address
**Liza O'Reilly**
**44 Floret Circle**
**Hingham, MA 02043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,226.28     $3,226.28

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address
**Lizzie Cammarata**
**30 Hilltop Dr**
**Wenham, MA 01984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,784.00     $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address
**Lorene Ulrich**
**8 Barters Creek**
**Kittery Point, ME 03905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,471.94     $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number (if known)
            Name

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,713.01 | $3,713.01 |
|---|---|---|---|---|

**Loretta Sherblom**
**199 Park Ln**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16,345.04 | $3,800.00 |
|---|---|---|---|---|

**Louise Eldridge**
**29 Stonybrooke Lane**
**Kennebunkport, ME 04046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,086.63 | $3,086.63 |
|---|---|---|---|---|

**Lynne Madrigal**
**4109 Peters Farm Way**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,462.70 | $3,462.70 |
|---|---|---|---|---|

**Madeline Colety**
**982 Town Hill Rd**
**Reading, VT 05062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor **Circle Furniture Holdings, Inc.**        Case number *(if known)*
Name

| | | | |
|---|---|---|---|
| **2.243** | Priority creditor's name and mailing address<br>**Maeve Cosgrove**<br>**9 Hackensack Terrace**<br>**Chestnut Hill, MA 02467** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,350.00**    **$2,350.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.244** | Priority creditor's name and mailing address<br>**Margaret & Matt Leipsitz**<br>**38 Newbury Street**<br>**Newton Center, MA 02459** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,771.65**    **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.245** | Priority creditor's name and mailing address<br>**Margaret Casey**<br>**9 Summer St**<br>**Apt 343**<br>**Danvers, MA 01923** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,947.43**    **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.246** | Priority creditor's name and mailing address<br>**Margaret Cianfarini**<br>**74 Quincy St**<br>**Arlington, MA 02476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,221.57**    **$3,800.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Circle Furniture Holdings, Inc.**                      Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,637.44** | **$2,637.44** |

---

**2.247**

Priority creditor's name and mailing address
**Margret Nealon**
**3 Turkey Shore Road**
**Ipswich, MA 01938**

As of the petition filing date, the claim is:    **$2,637.44**    **$2,637.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.248**

Priority creditor's name and mailing address
**Maria Delasalas**
**273 Cambridge Rd.**
**#505**
**Woburn, MA 01801**

As of the petition filing date, the claim is:    **$2,167.00**    **$2,167.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.249**

Priority creditor's name and mailing address
**Marie Clement**
**8 Anthony Lane**
**Danvers, MA 01923**

As of the petition filing date, the claim is:    **$1,008.31**    **$1,008.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.250**

Priority creditor's name and mailing address
**Marilyn Kramer**
**18 Neptune**
**Beverly, MA 01915**

As of the petition filing date, the claim is:    **$11,735.78**    **$3,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor     **Circle Furniture Holdings, Inc.**                                    Case number (if known)
          Name

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,875.00 | $2,875.00 |
|---|---|---|---|---|

**Mark Carleton**
**20 Piccadilly Way**
**Westborough, MA 01581**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.00 | $564.00 |
|---|---|---|---|---|

**Mark Flanagan**
**7 Dee Rd**
**Lexington, MA 02420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,940.44 | $1,940.44 |
|---|---|---|---|---|

**Markus & Nancy Greiner**
**60 Carleton Rd**
**Belmont, MA 02478**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,347.25 | $3,347.25 |
|---|---|---|---|---|

**Marlene Jim Cole**
**462 Ralph Talbot St**
**South Weymouth, MA 02190**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.255** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,724.69 | $3,800.00

**Martha & Roger Gallagher**
**207 Slade St**
**Belmont, MA 02478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.256** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,044.03 | $3,800.00

**Martha Stone**
**1 Fitchburg St**
**Somerville, MA 02143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.257** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,783.94 | $1,783.94

**Martin Plecinoga**
**34 Foster Dr.**
**Beverly, MA 01915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.258** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,108.45 | $3,800.00

**Marty McShane**
**94 Old Post Rd**
**Kittery, ME 03904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**

Name

Case number (if known)

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,470.88 | $3,800.00 |
|---|---|---|---|---|

**Mary Coppinger**
**3 Love Lane**
**Rye, NH 03870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.06 | $1,242.06 |
|---|---|---|---|---|

**Mary Levesque**
**65 Washington St**
**PH8**
**Salem, MA 01970**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Mary Tiseo**
**1010 Memorial Drive**
**Cambridge, MA 02140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,194.81 | $3,800.00 |
|---|---|---|---|---|

**Maryann Wasik**
**4 Hussey Farm Road**
**Nantucket, MA 02554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,617.00** | **$3,800.00** |
|---|---|---|---|---|

**Maryann Wasik**
**4 Hussey Farm Road**
**Nantucket, MA 02554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35,291.04** | **$35,291.04** |
|---|---|---|---|---|

**Massachusetts Department of**
**Revenue**
**PO Box 7044**
**Boston, MA 02204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,142.31** | **$2,142.31** |
|---|---|---|---|---|

**Matt Miller**
**160 Hillside Ave**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,599.75** | **$3,800.00** |
|---|---|---|---|---|

**Matthew Bailey**
**22 Sears Rd**
**Wayland, MA 01778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $9,798.90 | $3,800.00 |
|---|---|---|---|---|

**Matthew Kalish**
**8 Lee St**
**Unit 2**
**Somerville, MA 02145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,245.00 | $3,800.00 |
|---|---|---|---|---|

**Maureen O'Donnell**
**PO Box 1108**
**Rockport, ME 04856**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,251.06 | $3,800.00 |
|---|---|---|---|---|

**Melissa MacDonald**
**30 Gould Rd**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,364.66 | $3,364.66 |
|---|---|---|---|---|

**Meredith & Bill Gisness**
**38 Norwood Avenue**
**Manchester, MA 01944**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**
Name

Case number (*if known*)

---

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,911.70 | $3,800.00 |
|---|---|---|---|---|

**Michael Grady**
**145 Old Palmer Road**
**Brimfield, MA 01010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,833.00 | $3,800.00 |
|---|---|---|---|---|

**Michael Keane**
**54 1/2 Evergreen Street**
**Kingston, MA 02364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,084.06 | $3,800.00 |
|---|---|---|---|---|

**Michael Kurgansky**
**36 Cummings Rd**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $668.31 | $668.31 |
|---|---|---|---|---|

**Michael Lally**
**314 Cross Street**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**                                          Case number (if known)
Name

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,005.25** | **$3,800.00** |
|---|---|---|---|---|

**Michael Matatia**
**295 Lynnshore Dr.**
**Unit 308**
**Lynn, MA 01902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,955.00** | **$3,800.00** |
|---|---|---|---|---|

**Michael Pyrros**
**25 East End Avenue**
**Apt 7C**
**New York, NY 10028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,073.14** | **$3,800.00** |
|---|---|---|---|---|

**Michele Wong**
**7 Orchard Circle**
**Westwood, MA 02090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,837.19** | **$3,800.00** |
|---|---|---|---|---|

**Michele Wong**
**7 Orchard Circle**
**Westwood, MA 02090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**
Name

Case number (if known)

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,683.00 | $1,683.00 |
|---|---|---|---|---|

**Michelle Adams**
**20 Vining Way**
**Cumberland Center, ME 04021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,179.46 | $3,800.00 |
|---|---|---|---|---|

**Michelle Green**
**390 Broadway**
**Unit #63**
**Somerville, MA 02145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,554.58 | $3,800.00 |
|---|---|---|---|---|

**Mieke Soens**
**46 Marmion St**
**Jamaica Plain, MA 02130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,906.25 | $2,906.25 |
|---|---|---|---|---|

**Mike Mills**
**2 Thomas Rd**
**Danvers, MA 01923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**                    Case number *(if known)*
_____
Name

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,404.14** | **$3,800.00** |
|---|---|---|---|---|

**Mike Roberts**
**82 Greenleaf Ave**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,641.26** | **$2,641.26** |
|---|---|---|---|---|

**Mimoza Sallo**
**36 Meola Ave**
**Worcester, MA 01606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,114.00** | **$3,114.00** |
|---|---|---|---|---|

**Miriam Rosenblum**
**141 Waban Hill Rd North**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,149.25** | **$3,149.25** |
|---|---|---|---|---|

**Mirta Guevara**
**359 Lowell St**
**Methuen, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor    **Circle Furniture Holdings, Inc.**                              Case number (if known)
         _____
         Name

| | | | |
|---|---|---|---|
| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,034.04**    **$2,034.04** |
| | **MJ & Dick Powers**<br>**92 Wheeler St**<br>**Gloucester, MA 01930** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,710.39**    **$2,710.39** |
| | **Monica Burns**<br>**21 Blantyre Rd**<br>**Malden, MA 02148** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,891.94**    **$3,800.00** |
| | **Monika Burns**<br>**21 Blantyre Rd**<br>**Malden, MA 02148** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,354.00**    **$2,354.00** |
| | **Mvid-Reiss**<br>**56 Main St**<br>**Vineyard Haven, MA 02568** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **Circle Furniture Holdings, Inc.**                                          Case number (if known)
_____
Name

| | | | |
|---|---|---|---|
| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,061.35**  **$3,800.00** |

Priority creditor's name and mailing address
**Nancy Simons**
**10 Bay State Rd**
**Wellesley Hills, MA 02481**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,061.35**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

2.292   Priority creditor's name and mailing address
**Natalia Petrenko**
**14 Marion St**
**Apt 43**
**Brookline, MA 02446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,106.38**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

2.293   Priority creditor's name and mailing address
**NHI Donovan**
**76 Bedford Rd**
**Lincoln, MA 01773**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,828.69**    **$2,828.69**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

2.294   Priority creditor's name and mailing address
**Nicole Badger**
**15 Dumbarton Oaks**
**Stratham, NH 03885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,168.00**    **$2,168.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**2.295** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,653.30** | **$3,800.00**

**Noa Buchalter**
**359 Tappen Street**
**Brookline, MA 02445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.296** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,261.00** | **$3,800.00**

**Oliver Sturm**
**145 Walpole St**
**Dover, MA 02030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.297** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,154.00** | **$3,800.00**

**Pascale & Mark Gouker**
**55 S. Cottage Rd**
**Belmont, MA 02478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.298** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,320.00** | **$3,800.00**

**Patricia Jurus**
**209 North Shore Rd**
**New Durham, NH 03855**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**                    Case number (if known)
_____
Name

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.00 | $1,237.00 |
|---|---|---|---|---|

**Patty Buiocchi**
**44 Briar Road**
**Hampton, NH 03842**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____        **Deposit**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,778.60 | $3,778.60 |
|---|---|---|---|---|

**Paul & Suzie Taylor**
**106 St Johns Ct**
**Chocowinity, NC 27817**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____        **Deposit**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,771.31 | $3,800.00 |
|---|---|---|---|---|

**Paul Weingartner**
**12 Everett St**
**Beverly, MA 01915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____        **Deposit**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,155.33 | $3,800.00 |
|---|---|---|---|---|

**Paula Char**
**52 Colonial Rd**
**Milton, MA 02186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____        **Deposit**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)   ☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.94 | $15.94 |
|---|---|---|---|---|

**Paulette Varno**
**134 Bishop Rd**
**Fitchburg, MA 01420**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.11 | $91.11 |
|---|---|---|---|---|

**Peg Tuitt**
**61 Temple St**
**Somerville, MA 02145**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,350.15 | $3,800.00 |
|---|---|---|---|---|

**Peter Copelas**
**40 Warren St**
**Salem, MA 01970**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,088.32 | $3,800.00 |
|---|---|---|---|---|

**Peter Copelas**
**40 Warren St**
**Salem, MA 01970**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.307** | Priority creditor's name and mailing address

**Peter Hult**
**57 Cottage Park Road**
**Portland, ME 04103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,096.95**    **$2,096.95**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.308** | Priority creditor's name and mailing address

**Peter Jakobs**
**55 Evans Rd**
**Madbury, NH 03823**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,119.00**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.309** | Priority creditor's name and mailing address

**Philip & Kathy Oaten**
**4 Stones Throw**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$424.47**    **$424.47**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.310** | Priority creditor's name and mailing address

**Rachel Ryan**
**119 South Street**
**Northborough, MA 01532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,297.06**    **$3,800.00**

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,455.82 | $3,800.00 |
|---|---|---|---|---|
| | **Rebecca Parkhurst**<br>**127 Tarbell Spring Rd**<br>**Concord, MA 01742** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,127.13 | $3,800.00 |
|---|---|---|---|---|
| | **Regina Medeiros**<br>**25 Vine Street**<br>**Duxbury, MA 02332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,181.31 | $2,181.31 |
|---|---|---|---|---|
| | **Renata Putnik**<br>**45 Province Street**<br>**Boston, MA 02108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,500.00 | $1,500.00 |
|---|---|---|---|---|
| | **Ric Bayly**<br>**31 Martin St**<br>**Cambridge, MA 02138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,108.28 | $3,800.00 |
|---|---|---|---|---|

**Rich & Sally Lincoln Vogel**
**47 Carmel Rd**
**Andover, MA 01810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,695.05 | $3,695.05 |
|---|---|---|---|---|

**Richard Nasser**
**13 Elm Street**
**Brookline, MA 02445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,547.63 | $3,800.00 |
|---|---|---|---|---|

**Richard Nelson**
**80 Tower Rd**
**Lincoln, MA 01773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,097.61 | $3,800.00 |
|---|---|---|---|---|

**Rick Mitchell**
**36 Rock Maple Ave**
**Hamilton, MA 01936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|--------|-------------------------------------|--------------------------|--|
| | Name | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,839.51 | $3,800.00 |
|-------|--------|--------|--------|--------|

**Robert Coleman**
**49 Beech Leaf Island Rd**
**Centerville, MA 02632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.04 | $917.04 |
|-------|--------|--------|--------|--------|

**Robert Preston**
**297 Sagamore St**
**South Hamilton, MA 01982**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,709.00 | $3,709.00 |
|-------|--------|--------|--------|--------|

**Robert Zimmerman**
**99 Foundry Place**
**Unit 202**
**Portsmouth, NH 03801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,549.15 | $2,549.15 |
|-------|--------|--------|--------|--------|

**Robert Zimmerman**
**99 Foundry Place**
**Unit 202**
**Portsmouth, NH 03801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**
_____
Name

Case number (if known) _____

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,508.31 | $1,508.31 |

**Robin Kanarek**
**55 Watertown St**
**Lexington, MA 02421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.44 | $721.44 |

**Robin White**
**12 Milk St**
**Lexington, MA 02421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,747.94 | $2,747.94 |

**Ryan O'Connor**
**6 Wyman Street**
**Jamaica Plain, MA 02130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,557.00 | $2,557.00 |

**Saloom Furniture Com Dept**
**32B Kingsbury St**
**Winchendon, MA 01475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Circle Furniture Holdings, Inc.**                              Case number (if known)

Name

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,274.00 | $2,274.00 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Sandra Blodgett**
**733 Belknap Mountain Rd**
**Gilford, NH 03249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,799.03 | $3,800.00 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Sandy Walak**
**5 Digren Rd**
**Natick, MA 01760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-------|-------|

**Sandy Walak**
**5 Digren Rd**
**Natick, MA 01760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,130.63 | $3,800.00 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Sara Runnals**
**43 Longbow Rd**
**Danvers, MA 01923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Circle Furniture Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.331** | Priority creditor's name and mailing address
**Sarah Cecil**
**151 High St**
**Newburyport, MA 01950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,279.56    $1,279.56

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.332** | Priority creditor's name and mailing address
**Sarah Hydorn**
**97 Osprey Lane**
**Lee, NH 03861**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,225.10    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.333** | Priority creditor's name and mailing address
**Sarah Scheuplein**
**148 Sudbury Road**
**Weston, MA 02493**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,587.60    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.334** | Priority creditor's name and mailing address
**Sarah Scheuplein**
**148 Sudbury Road**
**Weston, MA 02493**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,874.34    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**                   Case number *(if known)* _____
Name

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,980.81 | $3,800.00 |
|---|---|---|---|---|

**Scott Tarbell**
**155 Newtown Rd**
**Acton, MA 01720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,685.62 | $3,685.62 |
|---|---|---|---|---|

**Scott Wennerholm**
**221 Valley View Rd.**
**Waterbury Center, VT 05677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,066.79 | $3,066.79 |
|---|---|---|---|---|

**Seth & Lauren Blaustein**
**204 Aubinewood Rd**
**Amherst, MA 01002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,885.00 | $2,885.00 |
|---|---|---|---|---|

**Sharon Lise Normand**
**49 Rawson Road**
**Brookline, MA 02445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor   **Circle Furniture Holdings, Inc.**

Name

Case number (if known)

---

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.69 | $589.69 |
|---|---|---|---|---|

**Sheila & Kevin Prendeville**
**61 Country Club Circle**
**Pembroke, MA 02359**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,308.46 | $3,800.00 |
|---|---|---|---|---|

**Sheryl Howard**
**180 Beech St**
**Roslindale, MA 02131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,301.20 | $3,800.00 |
|---|---|---|---|---|

**Skip Dickerson**
**404 Queen Anne Way**
**Duxbury, MA 02332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,301.45 | $3,800.00 |
|---|---|---|---|---|

**Skye Maher**
**50 Austin St.**
**Portsmouth, NH 03801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,405.20 | $3,800.00 |
|---|---|---|---|---|

**St Hilaire**
**536 Haverhill Street**
**Reading, MA 01867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,404.66 | $3,800.00 |
|---|---|---|---|---|

**Stacie & Paul Knight**
**9 Bridge Ave**
**Scituate, MA 02066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.96 | $487.96 |
|---|---|---|---|---|

**State of Maine**
**PO Box 1060**
**Augusta, ME 04332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.13 | $375.13 |
|---|---|---|---|---|

**State of Rhode Island**
**One Capitol Hill**
**Providence, RI 02908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,080.63 | $3,800.00 |
|---|---|---|---|---|

**Stephanie Dimodica**
**69 Foundry St**
**Unit 314**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,741.73 | $3,800.00 |
|---|---|---|---|---|

**Stephen Lane**
**22 Winston Road**
**Marshfield, MA 02050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.38 | $1,582.38 |
|---|---|---|---|---|

**Steve & Jen Pratt**
**12 Redstone Lane**
**Marblehead, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,201.28 | $3,800.00 |
|---|---|---|---|---|

**Steve King**
**1569 Hall St**
**Manchester, NH 03104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,018.94 | $1,018.94 |
|---|---|---|---|---|

**Steven Smith**
**84 Juniper Lane**
**Pembroke, MA 02359**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Steven Way**
**1 Loons Call**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,697.22 | $2,697.22 |
|---|---|---|---|---|

**Sue Tom Grant**
**31 Firefly Point**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,068.00 | $2,068.00 |
|---|---|---|---|---|

**Suise Mosse**
**9 Kirkwall Dr.**
**Stratham, NH 03885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,328.06 | $3,328.06 |
|---|---|---|---|---|

**Susan & Charlie Erbafina**
**2 Sea Fox Lane**
**Gloucester, MA 01930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.56 | $9.56 |
|---|---|---|---|---|

**Susan & Charlie Erbafina**
**2 Sea Fox Lane**
**Gloucester, MA 01930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,839.56 | $2,839.56 |
|---|---|---|---|---|

**Susan Belanich**
**82 Tenney Rd**
**Westford, MA 01886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,387.94 | $1,387.94 |
|---|---|---|---|---|

**Susan Dickstein**
**47 Governor Prence Road**
**Brewster, MA 02631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,685.06 | $3,800.00 |
|---|---|---|---|---|

**Susan Feit**
**27 George Street**
**Chatham, MA 02633**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,779.09 | $3,800.00 |
|---|---|---|---|---|

**Susan Moore**
**1025 Massachusetts Ave**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,699.85 | $3,800.00 |
|---|---|---|---|---|

**Susan Moore**
**1025 Massachusetts Ave**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,220.94 | $3,800.00 |
|---|---|---|---|---|

**Susan Moore**
**1025 Massachusetts Ave**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,505.88 | $3,800.00 |
|---|---|---|---|---|

**Susan Santisario**
**153 Jericho Path**
**Unit 3**
**Falmouth, MA 02540**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,055.32 | $3,800.00 |
|---|---|---|---|---|

**Susan Voute**
**94 Bolton Rd**
**Harvard, MA 01451**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,164.45 | $3,800.00 |
|---|---|---|---|---|

**Susanna Matter**
**24 Broad St**
**Newburyport, MA 01950**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,415.37 | $3,800.00 |
|---|---|---|---|---|

**Susanne Willert**
**21 Oak St**
**Andover, MA 01810**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Suzanne Nagelberg**
**265 King Street**
**Cohasset, MA 02025**

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,205.50   $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Svetlana Rozenblum**
**131 Sewall Ave**
**Brookline, MA 02446**

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,037.44   $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Teresa Ivester**
**15 Bay View Drive**
**Eastham, MA 02642**

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,376.94   $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Teresa Martel**
**29 Webster Ave**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,856.75   $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**
_____   Case number (if known) _____
Name

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,667.80 | $3,800.00 |

**The Word Moving**
**108 Main Street**
**Framingham, MA 01701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

☑ No
☐ Yes

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.44 | $721.44 |

**Theo Theoharis**
**36 Highland Ave**
**Cambridge, MA 02139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

☑ No
☐ Yes

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,807.00 | $3,800.00 |

**Therese Collins**
**526 Essex St**
**Beverly, MA 01915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

☑ No
☐ Yes

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,727.00 | $3,800.00 |

**Therese Collins**
**526 Essex St**
**Beverly, MA 01915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Deposit**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

☑ No
☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,609.72 | $3,800.00 |
|---|---|---|---|---|

**Thomas Beale**
**11 Buckingham St**
**Cambridge, MA 02138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,699.94 | $3,699.94 |
|---|---|---|---|---|

**Thuy-Chi Ly**
**8 Watkins Lane**
**Southborough, MA 01772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,755.00 | $3,800.00 |
|---|---|---|---|---|

**Timothy Harned**
**10 Waterview Ct**
**South Salem, NY 10590**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,255.13 | $3,800.00 |
|---|---|---|---|---|

**Todd/Carol Comins**
**34 Abbott Lane**
**Chelmsford, MA 01824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,904.87 | $2,904.87 |
|---|---|---|---|---|

**Tom & Vena Offen**
**328 Winch Street**
**Framingham, MA 01701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 | $3,800.00 |
|---|---|---|---|---|

**Tom Fennick**
**35 Grove St**
**Medford, MA 02155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $771.00 | $771.00 |
|---|---|---|---|---|

**Tom Rettberg**
**81 Halls Mill Rd**
**Newfields, NH 03856**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.63 | $741.63 |
|---|---|---|---|---|

**Tom Sommerfield**
**40 Rich Valley Rd**
**Wayland, MA 01778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.383**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,550.94 | $3,550.94 |
|---|---|---|---|
| **Tommy Rich**<br>**19 Woodridge Road**<br>**Wellesley, MA 02482** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.384**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,792.00 | $1,792.00 |
|---|---|---|---|
| **Tomra Vecere**<br>**22 Mount Pleasant Ave**<br>**Gloucester, MA 01930** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.385**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.23 | $112.23 |
|---|---|---|---|
| **Town of Acton**<br>**472 Main Street**<br>**Acton, MA 01720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Excise Tax** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.386**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.38 | $10.38 |
|---|---|---|---|
| **Town of Pembroke**<br>**PO Box 4178**<br>**Woburn, MA 01888** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Excise Tax** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Circle Furniture Holdings, Inc.**

Name

Case number (if known)

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,210.69 | $2,210.69 |
|---|---|---|---|---|

**Town of Rye, NH**
**10 Central Road**
**Rye, NH 03870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Excise Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,353.78 | $1,353.78 |
|---|---|---|---|---|

**Vaishali Pandya**
**30 Farmington Dr**
**Shrewsbury, MA 01545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.80 | $1,600.80 |
|---|---|---|---|---|

**Valerie Cancro**
**31 Karl Ln**
**South Dennis, MA 02660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,628.97 | $3,628.97 |
|---|---|---|---|---|

**Victor Lee**
**10 Mohawk Drive**
**Framingham, MA 01701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.19 | $37.19 |
|---|---|---|---|---|

**Victor Lee**
**10 Mohawk Drive**
**Framingham, MA 01701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,134.16 | $3,800.00 |
|---|---|---|---|---|

**Wendy Rob Thompson**
**290 Gardner Street**
**Hingham, MA 02043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,174.19 | $2,174.19 |
|---|---|---|---|---|

**William Haynes**
**57 Washington Ave**
**Needham, MA 02492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.88 | $286.88 |
|---|---|---|---|---|

**William Stein**
**216 Summit Avenue**
**Unit S1**
**Brookline, MA 02446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Circle Furniture Holdings, Inc.**         Case number *(if known)* _____
    Name

| | | |
|---|---|---|
| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,518.90 | $3,800.00 |

2.395   Priority creditor's name and mailing address

**Willie Barnett**
**Great Road Church**
**Acton, MA 01720**

As of the petition filing date, the claim is:    $10,518.90    $3,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

■ No

☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

   **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$145,305.70** |

**3.1**   Nonpriority creditor's name and mailing address

**100 Northern Avenue, LLC**
**100 Nothern Avenue, Suite 600**
**Boston, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$145,305.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address

**237 South Main Street LLC**
**186 Gunstock Hill Road**
**Gilford, NH 03249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address

**40 Bridge Street Condo Assoc.**
**40 Bridge Street**
**Box #9**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,589.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address

**425 LLC**
**50 Foster Street**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$27,049.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**   Nonpriority creditor's name and mailing address

**Alder & Tweed Furniture Co.**
**210 W Crossroad Square**
**Salt Lake City, UT 84115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**Alumni Sport Cafe**
**95 Washington Street**
**Pembroke, MA 02359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.17**

**Ambella Home Collection, Inc.**
**4200 Cheyenne Drive**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00**

**American Alarm & Communication**
**297 Broadway**
**Arlington, MA 02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,091.64**

**American Express**
**PO Box 30009**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Line of Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,646.13**

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$247,052.95**

**American Leather, Inc.**
**PO Box 825677**
**Dallas, TX 75236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,455.08**

**Amisco Industries Ltd**
**33, 5th Street**
**PO Box 250**
**L'Islet QC G0R 2C0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Appleton, Hawley**
**988 Memorial Drive, #583**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$397.00** |
|---|---|---|---|

**Arbella Insurance Group**
**PO Box 55392**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,968.75** |
|---|---|---|---|

**Aspen Trans Service, Inc.**
**795 West Broadway**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131.91** |
|---|---|---|---|

**Auskin**
**PO Box 1165**
**Arvada, CO 80001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,714.43** |
|---|---|---|---|

**Baysdie Electrical Contractors**
**57 Mid Tech Drive**
**West Yarmouth, MA 02673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,667.05** |
|---|---|---|---|

**Becker Designed, Inc.**
**14954 Bogle Drive**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,469.59** |
|---|---|---|---|

**Bob Richard**
**73 Barrington Avenue**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,333.36**

**Bornstu LLC**
**297 North Street**
**Hyannis, MA 02601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Brooks Furniture Xpress, Inc.**
**PO Box 669**
**Conover, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,045.00**

**Caperton Furniture Works**
**5270 Valley Road**
**Berkeley Springs, WV 25411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,379.30**

**Capital One Spark MC**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,109.00**

**Charleston Forge**
**251 Industrial Park Drive**
**Boone, NC 28607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,227.84**

**Chilewich Sultan LLC**
**39 W 19th Street, 11th Floor**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.24**

**Chronicle Books**
**PO Box 8828 , JFK Station**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.10 |
|---|---|---|---|

**Cintas Corp**
**PO Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,242.10 |
|---|---|---|---|

**Circle Middleton, LLC**
**33 Roslyn Road**
**Waban, MA 02468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,407.92 |
|---|---|---|---|

**Circle Pembroke Retail LLC**
**33 Roslyn Road**
**Waban, MA 02468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,384.36 |
|---|---|---|---|

**Circle Property Holdings LLC**
**19 Craig Road**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Clearview Window Cleaning, Inc.**
**PO Box 242**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349.64 |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,542.34 |
|---|---|---|---|

**Company C, Inc.**
**PO Box 4277**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Debtor  **Circle Furniture Holdings, Inc.**
Name

Case number (if known) _____

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,561.39** |
|---|---|---|---|

**Consolidated Freight Carriers**
PO Box 6473
High Point, NC 27262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,455.00** |
|---|---|---|---|

**Contemporary Design Group**
633 University Ave
San Diego, CA 92103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,896.95** |
|---|---|---|---|

**Copeland Furniture**
156 Industrial Drive
Bradford, VT 05033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$999.00** |
|---|---|---|---|

**Coxswain Media LLC**
PO Box 295
Dalton, MA 01227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,786.90** |
|---|---|---|---|

**CR Laine Furniture Co., Inc.**
PO Box 2128
Hickory, NC 28602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117,678.16** |
|---|---|---|---|

**Craig Rd Associates, LLC**
33 Roslyn Road
Waban, MA 02468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Commercial Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$328.50** |
|---|---|---|---|

**Crown Equipment Corporation**
PO Box 641173
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.41**

**Nonpriority creditor's name and mailing address**
**Currey & Company, Inc.**
**PO Box 102144**
**Atlanta, GA 30340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,488.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Dibs Co.**
**105 Webster Street, Ste 7**
**Hanover, MA 02339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$265.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Directit Corp.**
**39 Emerson Road, #215**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,634.63**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**E.L. Harvey & Sons, Inc.**
**68 Hopkinton Road, Route #135**
**Westborough, MA 01581-2126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.13**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Eastern Accents**
**PO Box 410908**
**Chicago, IL 60641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,239.58**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Ekornes, Inc.**
**26984 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$131,114.68**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**El Ran Furniture Ltd**
**2751 Transcanada Highway**
**Pointe-Claire QC H9R 1B4**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71,036.17**

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Elite Home Delivery, Inc.**
**503 Winthrop Street, Suite 8A**
**Bristol, RI 02809**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$57,825.07**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Erik Richard**
**73 Barrington Avenue**
**Nashua, NH 03062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,450.83**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 56007**
**Boston, MA 02205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,032.93**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Feizy Import & Export**
**13800 Diplomat Drive**
**Dallas, TX 75234**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,970.44**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Fish Window Cleaning**
**13800 Diplomat Drive**
**Dallas, TX 75234**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Four Hands**
**PO Box 26868**
**Salt Lake City, UT 84126**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,788.71**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Framingham Fire Dept.**
**10 Loring Drive**
**Framingham, MA 01702**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$200.50**

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,339.00 |
|---|---|---|---|

**Garaventa USA, Inc.**
**735 East Industrial Park Drive, Suite C**
**Manchester, NH 03109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,090.40 |
|---|---|---|---|

**Glassisimo**
**7317 Oak Run Lane**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Goguen Transportation**
**PO Box 718**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,629.35 |
|---|---|---|---|

**Himolla/Eurolink**
**PO Box 10179**
**West Palm Beach, FL 33419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,089.00 |
|---|---|---|---|

**Hooker Furniture Corporation**
**PO Box 404535**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,138.84 |
|---|---|---|---|

**Houe**
**900 Third Avenue, 17th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,467.92 |
|---|---|---|---|

**Jamie Young Co., Inc.**
**331 W Victoria Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,018.73** |
|---|---|---|---|

**Jean & Jack Gallagher**
**144 Paynes Creek**
**Brewster, MA 02631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Jet Window Cleaning**
**14 Forest Brook Drive**
**Barrington, NH 03825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.48** |
|---|---|---|---|

**Kellex Seating**
**PO Box 2043**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,432.99** |
|---|---|---|---|

**Kingsleybate**
**7200 Gateway Court**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**KMW Hardware, Inc.**
**PO Box 444**
**Stow, MA 01775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,585.42** |
|---|---|---|---|

**L&J.G. Stickley Inc.**
**PO Box 480**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,979.93** |
|---|---|---|---|

**Lee Industries, Inc.**
**PO box 825676**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**

Name

Case number *(if known)*

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.00 |

**Leftbank Art**
14930 Alondra Blvd.
La Mirada, CA 90638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.00 |

**Loloi Rugs**
4501 Spring Valley Road
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,228.10 |

**Luonto Furniture**
PO Box 745008
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,383.00 |

**Lyndon Woodworking Inc.**
1135 Industrial Parkway
Saint Johnsbury, VT 05819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**M.A. Frazier Disposal**
10 Kear Circle
Wellfleet, MA 02667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |

**Magiccleaners & Home Improvement**
1363 Bridge Street, Route 28
South Yarmouth, MA 02664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,627.50 |

**Magniflex**
3050 Biscayne Blvd, Ste 200
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,685.00** |
| --- | --- | --- | --- |

**Mannys Landscape & Construction**
**590 Hudson Road**
**Sudbury, MA 01776**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
| --- | --- | --- | --- |

**Mark Heavner**
**35 Courtland Pines**
**Holliston, MA 01746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,966.16** |
| --- | --- | --- | --- |

**Massoud Furniture**
**128 S. Tryon Street, Attn: Lockbox**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,233.80** |
| --- | --- | --- | --- |

**McCreary Modern**
**PO Box 130**
**Newton, NC 28658**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
| --- | --- | --- | --- |

**Medford Coffee LLC**
**72 Junction Square Drive**
**Concord, MA 01742**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
| --- | --- | --- | --- |

**Melo & Sons Upholstering, Inc.**
**16 Proctor Street**
**Salem, MA 01970**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,812.20** |
| --- | --- | --- | --- |

**Mercatus, Rickers, & Timmerman**
**17 Rahlstedter Bahnjofstre**
**Hamburg German 22143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Circle Furniture Holdings, Inc.**
Name

Case number *(if known)*

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,350.09 |
|------|------|------|------|

**Metropolitan**
960 High Street
Perth Amboy, NJ 08861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|------|------|------|------|

**MFC Repairs**
6 Aldersey Street
Somerville, MA 02143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $917.67 |
|------|------|------|------|

**Middleton Municipal Elec. Dept**
197 North Main Street
Middleton, MA 01949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,680.39 |
|------|------|------|------|

**Mulligan Funding**
4715 Viewbridge Avenue, Suite 100
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,502.00 |
|------|------|------|------|

**Nashoba Paving Co., Inc.**
45 Power Road
Westford, MA 01886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,920.43 |
|------|------|------|------|

**National Grid**
PO Box 11735
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,925.00 |
|------|------|------|------|

**New England Home Magazine LLC**
PO Box 180464
Boston, MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,463.87**

**Nexamp Asset Management Services**
**101 Summer Street, 2nd Floor**
**Boston, MA 02110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NH Department of Justice**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**NH Retail Association**
**72 North Main Street, Suite 206**
**Concord, NH 03301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,258.19**

**Norwalk Furniture**
**100 Furniture Parkway**
**Norwalk, OH 44857**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,606.18**

**Nourison**
**5 Sampson Street**
**Saddle Brook, NJ 07663**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.62**

**Oceanside, Inc.**
**217 Thornton Drive**
**Hyannis, MA 02601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.86**

**Office Source**
**PO Box 446**
**Burlington, MA 01803**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,326.05**

**Palliser Furniture Ltd.**
**PO Box 331789**
**Detroit, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,480.00**

**Peoplespan, LLC**
**95 Washington Street, Suite 224-618**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,375,174.68**

**Podium Corporation, Inc.**
**1650 W. Digital Drive**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,297.13**

**R.E.M. Realty Trust**
**880 Depot Road**
**Boxborough, MA 01719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**Ready Rooter, Inc.**
**PO Box 371**
**Sandwich, MA 02563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Revere Consumer Affairs Office**
**281 Broadway**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,938.75**

**Revolution Furnishings LLC**
**9050 South Willow Street**
**Manchester, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.104**

Nonpriority creditor's name and mailing address

**Robert Abbey, Inc.**
**3166 Main Avenue, SE**
**Hickory, NC 28602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.105**

Nonpriority creditor's name and mailing address

**Sagebrook Home**
**6259 Bandini Blvd.**
**Los Angeles, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$838.75**

---

**3.106**

Nonpriority creditor's name and mailing address

**Saloom Furniture Co., Inc.**
**256 Murdock Avenue**
**Winchendon, MA 01475**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$44,189.27**

---

**3.107**

Nonpriority creditor's name and mailing address

**Sferra Fine Linens LLC**
**PO Bxo 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,840.65**

---

**3.108**

Nonpriority creditor's name and mailing address

**Skovby Mobelfabrik A/S**
**43 Frichsvej**
**Galten Denmark 8464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,509.80**

---

**3.109**

Nonpriority creditor's name and mailing address

**Skyworld Interactive**
**PO Box 3272**
**Andover, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,525.00**

---

**3.110**

Nonpriority creditor's name and mailing address

**Spectra Wood**
**2625 Carolean Industrial Drive**
**State College, PA 16801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,442.00**

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.56**

**Staples Business Credit**
**PO Box 105638**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.00**

**Stefanie Walker**
**11309 S Sweet Pea Lane**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,028.96**

**Surya Carpets, Inc.**
**PO Box 896604**
**Charlotte, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,547.15**

**Teebaud**
**8732 Clay Road, Suite 109**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,344.00**

**Thayer Coggin Inc.**
**PO Box 88926**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.76**

**The Howard Elliott Collection**
**200 S. Mitchell Court, Suite A**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.00**

**The Main Street America Group**
**PO Box 981409**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,660.00**

**Therapedic of New England**
**135 Spark Street**
**Brockton, MA 02302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thor's Elegance Inc.**
**PO Box 11**
**Brandon, VT 05733**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,973.00**

**Three of Hearts LLC**
**8 Washington Street**
**Newburyport, MA 01950**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,134.76**

**Trica Inc.**
**800 Rue Pasteur**
**Saint Jerome QC J7Z 7K9**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.94**

**Trivantage**
**PO Box 786981**
**Philadelphia, PA 19178**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Troupe Waste Services**
**1477 Bedford Street**
**Abington, MA 02351**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Troy**
**151 Ariport Drive**
**Wappingers Falls, NY 12590**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$881.50** |

**Tucker Furniture/M Miller**
2017 32nd Street
San Diego, CA 92104

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.77** |

**UBEO LLC**
21146 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$987.60** |

**UG2 LLC**
2 Copley Place, Tower 2, Suite 110
Boston, MA 02116

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$823.37** |

**United Parcel Service**
PO Box 72470244
Philadelphia, PA 19170

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,723.25** |

**Uniters**
1700 Palm Beach Lakes Blvd, Suite 1100
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.99** |

**Unitil**
PO Box 981077
Boston, MA 02298

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,927.40** |

**Valley View Transport LLC**
8211 Township Road 652
Millersburg, OH 44654

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.132** **Nonpriority creditor's name and mailing address**

**Verizon**
**PO Box 15124**
**Albany, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$368.98

---

**3.133** **Nonpriority creditor's name and mailing address**

**Vermont Handcrafted Furniture LLC**
**PO Box 4533**
**Burlington, VT 05406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,225.93

---

**3.134** **Nonpriority creditor's name and mailing address**

**Vetelino Landscape Inc.**
**600 Washington Street**
**Pembroke, MA 02359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,637.00

---

**3.135** **Nonpriority creditor's name and mailing address**

**Via, Inc.**
**PO Box 97461**
**Las Vegas, NV 89193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$634.20

---

**3.136** **Nonpriority creditor's name and mailing address**

**Visual Comfort & Co**
**PO Box 974399**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,430.16

---

**3.137** **Nonpriority creditor's name and mailing address**

**VM Services Solutions Inc.**
**59 Astley Street, Suite #3**
**Hudson, MA 01749**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$5,310.00

---

**3.138** **Nonpriority creditor's name and mailing address**

**W.A.Mitchell, Inc.**
**PO Box 432**
**Farmington, ME 04938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$6,758.00

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.50**

**Water Supply District of Acton**
**PO Box 953**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$663.00**

**Wendover Art Group**
**6465 126th Avenue North**
**Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$974.00**

**Wesley Allen, Inc.**
**1001 E 60th Street**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,615.00**

**Whittier Wood Products Co**
**PO Box 2827**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**William Willson**
**15 Bridge Street**
**Enfield, NH 03748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,330.01**

**Woodforms**
**PO Box 69**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

**WXRV-FM 92.5 The River**
**30 How Street**
**Haverhill, MA 01830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Busines Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,675.00** |
|---|---|---|---|

**Younger Furniture, Inc.**
**110 Todd Court**
**Thomasville, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Nutter McClennan & Fish LLP**<br>**155 Seaport Blvd.**<br>**Boston, MA 02210** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **RS Law LLP**<br>**401 Edgewater Place, Suite 630**<br>**Wakefield, MA 01880** | Line **3.100**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Schlesinger and Buchbinder, LLP**<br>**1200 Walnut Street**<br>**Newton Highlands, MA 02461** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Schlesinger and Buchbinder, LLP**<br>**1200 Walnut Street**<br>**Newton Highlands, MA 02461** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Schlesinger and Buchbinder, LLP**<br>**1200 Walnut Street**<br>**Newton Highlands, MA 02461** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,074,137.72 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,794,548.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,868,686.61 |

**Fill in this information to identify the case:**

Debtor name     **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest   **Commercial Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **100 Northern Avenue, LLC**<br>**100 Nothern Avenue, Suite 600**<br>**Boston, MA 02210** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest   **Notice purposes only - Middleton Landlord**<br><br>State the term remaining<br><br>List the contract number of any government contract | **237 South Main St. LLC**<br>**Attn: Herb Weinberg**<br>**Rosenberg & Weinberg**<br>**805 Turnpike St., Suite 801**<br>**North Andover, MA 01845** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest   **Commercial Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **237 South Main Street LLC**<br>**186 Gunstock Hill Road**<br>**Gilford, NH 03249** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest   **Commercial Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **40 Bridge Street Condo Assoc.**<br>**40 Bridge Street**<br>**Box #9**<br>**Portsmouth, NH 03801** |

Debtor 1    **Circle Furniture Holdings, Inc.**                                    Case number (*if known*) _____
   First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Commercial Lease**

**425 LLC**
**50 Foster Street**
**Cambridge, MA 02138**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Commercial Lease**

**Bornstu LLC**
**297 North Street**
**Hyannis, MA 02601**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Commercial Lease**

**Circle Middleton, LLC**
**33 Roslyn Road**
**Waban, MA 02468**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Commercial Lease**

**Circle Pembroke Retail LLC**
**33 Roslyn Road**
**Waban, MA 02468**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Commercial Lease**

**Circle Property Holdings LLC**
**19 Craig Road**
**Acton, MA 01720**

---

| Debtor 1 | **Circle Furniture Holdings, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Craig Rd Associates, LLC** |
| | List the contract number of any government contract | | **33 Roslyn Road** **Waban, MA 02468** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **R.E.M. Realty Trust** |
| | List the contract number of any government contract | | **880 Depot Road** **Boxborough, MA 01719** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Three of Hearts LLC** |
| | List the contract number of any government contract | | **8 Washington Street** **Newburyport, MA 01950** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Notice Only - Framingham Landlord** | |
|---|---|---|---|
| | State the term remaining | | **Three of Hearts LLC** **c/o Mark Foss, Esq.** |
| | List the contract number of any government contract | | **Fletcher Tilton** **100 Front St, 5th Floor** **Worcester, MA 01608** |

**Fill in this information to identify the case:**

Debtor name    **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Robert Richard** | **(Guarantor  of Several Debts)** | **100 Northern Avenue, LLC** | ☐ D _____<br>☑ E/F   **3.1**____<br>☐ G _____ |
| 2.2  **Robert Richard** | | **100 Northern Avenue, LLC** | ☐ D _____<br>☐ E/F _____<br>☑ G   **2.1**____ |
| 2.3  **Robert Richard** | | **R.E.M. Realty Trust** | ☐ D _____<br>☐ E/F _____<br>☑ G   **2.11**____ |
| 2.4  **Robert Richard** | | **Craig Rd Associates, LLC** | ☐ D _____<br>☐ E/F _____<br>☑ G   **2.10**____ |
| 2.5  **Robert Richard** | | **Circle Middleton, LLC** | ☐ D _____<br>☐ E/F _____<br>☑ G   **2.7**____ |

Debtor    **Circle Furniture Holdings, Inc.**                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6  **Robert Richard** | **425 LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.5**__ |
| 2.7  **Robert Richard** | **Three of Hearts LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.12**__ |
| 2.8  **Robert Richard** | **Bornstu LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.6**__ |
| 2.9  **Robert Richard** | **40 Bridge Street Condo Assoc.** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.4**__ |
| 2.10  **Robert Richards** | **237 South Main Street LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.3**__ |

**Fill in this information to identify the case:**

Debtor name    **Circle Furniture Holdings, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2025** to **12/31/2025** | ☐ Operating a business ■ Other   **Gross Sales** | $15,043,178.00 |
| **For year before that:** From  **1/01/2024** to **12/31/2024** | ☐ Operating a business ■ Other   **Gross Sales** | $18,804,136.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment 3** | | $0.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

---

| Debtor | **Circle Furniture Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attachment 4** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Household Goods 530 Main St. Acton, MA 01720** | **Donations of furntiure to nonprofit providing furniture to needy clients** | **Janaury to July 2025** | **Unknown** |
| Recipients relationship to debtor | | | |

Debtor    **Circle Furniture Holdings, Inc.**                                        Case number *(if known)* _____

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | | **$10,000.00** |
| **Email or website address**<br>**alston@mandkllp.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **United States Bankruptcy Court** | **Filing Fee** | | **$338.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor   **Circle Furniture Holdings, Inc.**                                        Case number *(if known)*

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| Part 7: | Previous Locations |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Empower -  Circle Furniture Holdings Family Plan** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

Debtor    **Circle Furniture Holdings, Inc.**                                    Case number *(if known)* _____

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor     **Circle Furniture Holdings, Inc.**                                    Case number *(if known)*

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **David Natan<br>Newburg & Company, LLP<br>95 Sawyer Road, Suite 120<br>Waltham, MA 02453** | **Over 3 years** |
| 26a.2.    **Normandy Carroll<br>Fitchburg, MA** | |
| 26a.3.    **Jamie Rao<br>2 Abbot Mill Rd., #9-15<br>Westford, MA 01886** | **Less than One Year** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Newburg & Co. LLP** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Circle Furniture Holdings, Inc.**                          Case number *(if known)*

☐ None

| Name and address |
| --- |
| 26d.1.    **South State Bank** |
| 26d.2.    **TD Bank** |
| 26d.3.    **Eastern Bank** |
| 26d.4.    **Citizens Bank** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Laura Nickerson | Various - Done by each location | |
| | Name and address of the person who has possession of inventory records | | |
| | Debtor | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Robert Richard | | President, Treasurer, Director | 100 percent |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Paula Richard | | Secretary, Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Circle Furniture Holdings, Inc.**                                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Empower** | **EIN:** |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 30, 2026**

**/s/ Robert Richard**                              **Robert Richard**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

| Date | Name | Amount |
|------|------|--------|
| 10/31/2025 | 100 NORTHERN AVENUE, LLC | 23,500.00 |
| 11/07/2025 | 100 NORTHERN AVENUE, LLC | 23,788.93 |
| 10/03/2025 | 425 LLC | 9,016.57 |
| 11/14/2025 | ADELINE CONNELLY | 477.10 |
| 12/12/2025 | ADELINE CONNELLY | 115.48 |
| 10/02/2025 | AETNA | 26,828.67 |
| 11/04/2025 | AETNA | 24,214.68 |
| 12/02/2025 | AETNA | 25,959.18 |
| 10/16/2025 | ALDER & TWEED FURNITURE CO | 871.00 |
| 10/02/2025 | ALTUS DENTAL INSURANCE CO.,INC | 1,678.62 |
| 11/04/2025 | ALTUS DENTAL INSURANCE CO.,INC | 1,605.62 |
| 12/01/2025 | ALTUS DENTAL INSURANCE CO.,INC | 1,889.62 |
| 11/26/2025 | AMERICAN ALARM & COMMUNICATION | 264.00 |
| 10/30/2025 | AMERICAN EXPRESS | 7,368.67 |
| 11/14/2025 | AMERICAN EXPRESS | 4,123.89 |
| 12/01/2025 | AMERICAN EXPRESS | 7,368.67 |
| 10/03/2025 | AMERICAN LEATHER, INC. | 15,335.00 |
| 10/15/2025 | AMERICAN LEATHER, INC. | 31,962.55 |
| 10/31/2025 | AMERICAN LEATHER, INC. | 6,640.30 |
| 11/26/2025 | AMERICAN LEATHER, INC. | 10,799.70 |
| 12/12/2025 | AMERICAN LEATHER, INC. | 18,368.25 |
| 10/06/2025 | AMERIFLEX BUSINESS SOLUTIONS | 1,088.57 |
| 10/14/2025 | AMERIFLEX BUSINESS SOLUTIONS | 88.00 |
| 10/15/2025 | AMERIFLEX BUSINESS SOLUTIONS | 30.61 |
| 10/27/2025 | AMERIFLEX BUSINESS SOLUTIONS | 1,447.22 |
| 11/10/2025 | AMERIFLEX BUSINESS SOLUTIONS | 35.63 |
| 11/13/2025 | AMERIFLEX BUSINESS SOLUTIONS | 88.00 |
| 11/17/2025 | AMERIFLEX BUSINESS SOLUTIONS | 30.74 |
| 12/03/2025 | AMERIFLEX BUSINESS SOLUTIONS | 219.36 |
| 12/11/2025 | AMERIFLEX BUSINESS SOLUTIONS | 88.00 |
| 12/15/2025 | AMERIFLEX BUSINESS SOLUTIONS | 116.65 |
| 11/14/2025 | AMISCO INDUSTRIES LTD | 3,781.84 |
| 12/12/2025 | AMISCO INDUSTRIES LTD | 429.76 |
| 11/14/2025 | Ann Marie Gillis | 2,226.35 |
| 12/12/2025 | Ann Marie Gillis | 1,284.45 |
| 11/26/2025 | ANNE BUGATCH | 1,987.06 |
| 12/12/2025 | ANNE BUGATCH | 480.88 |
| 10/15/2025 | ANTHONY CIGNARELLA | 180.39 |
| 11/14/2025 | ANTHONY CIGNARELLA | 1,496.44 |
| 12/12/2025 | ANTHONY CIGNARELLA | 1,008.58 |
| 10/27/2025 | ARBELLA INSURANCE GROUP | 4,777.00 |
| 10/27/2025 | ARBELLA INSURANCE GROUP | 402.00 |
| 11/25/2025 | ARBELLA INSURANCE GROUP | 4,777.00 |
| 11/25/2025 | ARBELLA INSURANCE GROUP | 402.00 |
| 12/08/2025 | ARBELLA INSURANCE GROUP | 797.00 |
| 10/31/2025 | ARRELL CORP | 817.85 |
| 10/03/2025 | ASPEN TRANS SERVICE INC. | 2,500.00 |

| 10/15/2025 | ASPEN TRANS SERVICE INC. | 2,069.80 |
| 11/14/2025 | ASPEN TRANS SERVICE INC. | 168.75 |
| 11/21/2025 | ASPEN TRANS SERVICE INC. | 2,581.23 |
| 11/14/2025 | ATLANTIC ELEVATOR SERVICE | 270.00 |
| 10/14/2025 | BASIC | 51.84 |
| 11/10/2025 | BASIC | 51.84 |
| 12/08/2025 | BASIC | 51.84 |
| 10/03/2025 | BECKER DESIGNED, INC. | 4,544.00 |
| 10/15/2025 | BECKER DESIGNED, INC. | 6,188.00 |
| 10/31/2025 | BECKER DESIGNED, INC. | 4,807.00 |
| 11/14/2025 | BECKER DESIGNED, INC. | 9,877.00 |
| 10/28/2025 | BERKELEY ERGONOMICS | 1,330.93 |
| 10/31/2025 | BERKELEY ERGONOMICS | 1,291.00 |
| 10/06/2025 | BETH TROIANO | 557.68 |
| 10/03/2025 | BMW | 1,214.28 |
| 11/03/2025 | BMW | 1,214.28 |
| 12/03/2025 | BMW | 1,214.28 |
| 10/15/2025 | BORNSTU LLC | 19,166.67 |
| 10/22/2025 | BOSTON MUTUAL LIFE INSURANCE | 480.43 |
| 11/14/2025 | BOSTON MUTUAL LIFE INSURANCE | 233.75 |
| 11/14/2025 | BOSTON MUTUAL LIFE INSURANCE | 570.14 |
| 11/26/2025 | BOSTON MUTUAL LIFE INSURANCE | 217.25 |
| 11/26/2025 | BOSTON MUTUAL LIFE INSURANCE | 570.14 |
| 10/31/2025 | BUSINESS COPY ASSOCIATES INC | 591.35 |
| 11/14/2025 | CALEB DEVRIES | 650.00 |
| 11/26/2025 | CALEB DEVRIES | 650.00 |
| 11/26/2025 | CAPE COD & ISLAND DELIVERY | 450.00 |
| 10/31/2025 | CAPERTON FURNITURE WORKS | 6,624.00 |
| 11/14/2025 | CAPERTON FURNITURE WORKS | 2,170.00 |
| 11/14/2025 | CAPERTON FURNITURE WORKS | 1,453.00 |
| 11/14/2025 | CAPERTON FURNITURE WORKS | 1,352.00 |
| 11/26/2025 | CAPERTON FURNITURE WORKS | 6,400.00 |
| 12/12/2025 | CAPERTON FURNITURE WORKS | 5,347.00 |
| 12/05/2025 | CAROL FRIEDMAN | 706.50 |
| 10/03/2025 | CHARLESTON FORGE | 596.00 |
| 10/31/2025 | CHARLESTON FORGE | 4,630.50 |
| 11/14/2025 | CHARLESTON FORGE | 2,641.50 |
| 10/15/2025 | CHERYL HARRINGTON | 1,695.94 |
| 11/14/2025 | CHERYL HARRINGTON | 369.08 |
| 12/16/2025 | CHERYL HARRINGTON | 302.75 |
| 11/26/2025 | CHRISTINE KELSEY | 1,035.39 |
| 12/16/2025 | CHRISTINE KELSEY | 464.79 |
| 11/14/2025 | CINTAS CORP | 319.47 |
| 11/26/2025 | CINTAS CORP | 265.75 |
| 10/22/2025 | CIRCLE MIDDLETON, LLC | 37,580.70 |
| 12/12/2025 | CIRCLE MIDDLETON, LLC | 18,500.00 |
| 10/15/2025 | CIRCLE PEMBROKE RETAIL, LLC | 17,802.64 |
| 11/14/2025 | CITY OF BOSTON | 166.60 |

| | | |
|---|---|---:|
| 11/21/2025 | CITY OF FRAMINGHAM | 13.71 |
| 11/14/2025 | COLLEEN MCGRATH | 343.31 |
| 10/15/2025 | COLLEEN VANHOUTEN | 99.55 |
| 10/06/2025 | COMCAST | 261.45 |
| 10/14/2025 | COMCAST | 321.41 |
| 10/14/2025 | COMCAST | 274.80 |
| 10/14/2025 | COMCAST | 331.45 |
| 10/21/2025 | COMCAST | 331.45 |
| 10/27/2025 | COMCAST | 336.45 |
| 11/04/2025 | COMCAST | 261.45 |
| 11/13/2025 | COMCAST | 274.80 |
| 11/14/2025 | COMCAST | 321.41 |
| 11/14/2025 | COMCAST | 331.45 |
| 11/21/2025 | COMCAST | 331.45 |
| 11/25/2025 | COMCAST | 336.45 |
| 12/04/2025 | COMCAST | 261.45 |
| 12/15/2025 | COMCAST | 329.60 |
| 12/15/2025 | COMCAST | 274.80 |
| 12/15/2025 | COMCAST | 339.64 |
| 11/13/2025 | COMPANY C, INC | 728.52 |
| 11/26/2025 | COMPANY C, INC | 5,377.15 |
| 12/02/2025 | COMPANY C, INC | 6,781.64 |
| 10/15/2025 | CONSOLIDATED FREIGHT CARRIERS | 1,113.00 |
| 10/22/2025 | CONSOLIDATED FREIGHT CARRIERS | 4,278.64 |
| 10/31/2025 | CONSOLIDATED FREIGHT CARRIERS | 3,857.37 |
| 11/14/2025 | CONSOLIDATED FREIGHT CARRIERS | 10,222.60 |
| 11/21/2025 | CONSOLIDATED FREIGHT CARRIERS | 7,690.38 |
| 11/26/2025 | CONSOLIDATED FREIGHT CARRIERS | 4,082.89 |
| 12/12/2025 | CONSOLIDATED FREIGHT CARRIERS | 3,398.73 |
| 10/15/2025 | COPELAND FURNITURE | 29,039.85 |
| 11/07/2025 | COPELAND FURNITURE | 17,208.30 |
| 11/26/2025 | COPELAND FURNITURE | 14,638.55 |
| 12/12/2025 | COPELAND FURNITURE | 15,121.40 |
| 10/03/2025 | CR LAINE FURNITURE CO. INC. | 13,866.05 |
| 10/15/2025 | CR LAINE FURNITURE CO. INC. | 20,773.78 |
| 10/31/2025 | CR LAINE FURNITURE CO. INC. | 5,285.50 |
| 11/14/2025 | CR LAINE FURNITURE CO. INC. | 33,853.25 |
| 11/26/2025 | CR LAINE FURNITURE CO. INC. | 26,613.50 |
| 10/22/2025 | CROWN EQUIPMENT CORPORATION | 1,433.17 |
| 11/14/2025 | CROWN EQUIPMENT CORPORATION | 170.00 |
| 10/31/2025 | CURREY & COMPANY, INC. | 679.68 |
| 10/22/2025 | DANIELY DA SILVA | 800.00 |
| 11/14/2025 | DAVID BELL | 107.72 |
| 12/12/2025 | DAVID BELL | 181.45 |
| 11/14/2025 | DEVARSHI BRAHMBHATT | 711.00 |
| 11/26/2025 | DEVARSHI BRAHMBHATT | 637.21 |
| 10/15/2025 | DIRECTIT CORP | 1,350.00 |
| 10/22/2025 | DIRECTIT CORP | 736.44 |

| Date | Payee | Amount |
|---|---|---|
| 11/14/2025 | DIRECTIT CORP | 3,118.13 |
| 10/06/2025 | DP FLORES INC | 1,118.38 |
| 10/22/2025 | DP FLORES INC | 1,118.38 |
| 10/28/2025 | DP FLORES INC | 60.50 |
| 11/03/2025 | DP FLORES INC | 1,118.38 |
| 11/17/2025 | DP FLORES INC | 1,152.61 |
| 12/02/2025 | DP FLORES INC | 1,152.61 |
| 12/08/2025 | DP FLORES INC | 60.50 |
| 12/15/2025 | DP FLORES INC | 1,152.61 |
| 11/14/2025 | E.L. HARVEY & SONS, INC | 1,037.61 |
| 10/03/2025 | EKORNES, INC. | 12,053.29 |
| 10/10/2025 | EKORNES, INC. | 21,374.04 |
| 10/15/2025 | EKORNES, INC. | 19,339.41 |
| 10/31/2025 | EKORNES, INC. | 5,306.71 |
| 11/26/2025 | EKORNES, INC. | 7,929.76 |
| 10/03/2025 | EL RAN FURNITURE LTD | 9,335.95 |
| 10/15/2025 | EL RAN FURNITURE LTD | 11,219.12 |
| 10/03/2025 | ELITE HOME DELIVERY, INC. | 9,154.23 |
| 10/15/2025 | ELITE HOME DELIVERY, INC. | 9,236.00 |
| 10/22/2025 | ELITE HOME DELIVERY, INC. | 10,147.83 |
| 11/20/2025 | ELITE HOME DELIVERY, INC. | 12,202.12 |
| 11/21/2025 | ELITE HOME DELIVERY, INC. | 20,339.86 |
| 11/26/2025 | ELITE HOME DELIVERY, INC. | 8,942.77 |
| 12/12/2025 | ELITE HOME DELIVERY, INC. | 9,070.11 |
| 10/06/2025 | EMPOWER RETIREMENT | 8,290.41 |
| 10/20/2025 | EMPOWER RETIREMENT | 7,315.23 |
| 11/03/2025 | EMPOWER RETIREMENT | 5,885.31 |
| 11/18/2025 | EMPOWER RETIREMENT | 6,183.47 |
| 12/01/2025 | EMPOWER RETIREMENT | 5,511.31 |
| 12/12/2025 | EMPOWER RETIREMENT | 5,743.16 |
| 12/16/2025 | ERIK MCCLURE | 58.78 |
| 11/13/2025 | EURO STYLE, LLC | 2,320.53 |
| 11/13/2025 | EURO STYLE, LLC | 2,750.53 |
| 10/10/2025 | EVERSOURCE | 21.00 |
| 10/10/2025 | EVERSOURCE | 2,230.93 |
| 10/14/2025 | EVERSOURCE | 21.00 |
| 10/14/2025 | EVERSOURCE | 21.55 |
| 10/14/2025 | EVERSOURCE | 21.00 |
| 10/14/2025 | EVERSOURCE | 1,540.68 |
| 10/15/2025 | EVERSOURCE | 117.24 |
| 10/16/2025 | EVERSOURCE | 907.97 |
| 10/16/2025 | EVERSOURCE | 649.57 |
| 10/22/2025 | EVERSOURCE | 286.20 |
| 10/22/2025 | EVERSOURCE | 223.95 |
| 10/22/2025 | EVERSOURCE | 215.30 |
| 10/23/2025 | EVERSOURCE | 246.63 |
| 11/12/2025 | EVERSOURCE | 1,721.15 |
| 11/12/2025 | EVERSOURCE | 1,362.48 |

| | | |
|---|---|---:|
| 11/12/2025 | EVERSOURCE | 22.25 |
| 11/12/2025 | EVERSOURCE | 21.00 |
| 11/12/2025 | EVERSOURCE | 21.00 |
| 11/13/2025 | EVERSOURCE | 99.14 |
| 11/14/2025 | EVERSOURCE | 122.89 |
| 11/17/2025 | EVERSOURCE | 392.87 |
| 11/21/2025 | EVERSOURCE | 257.65 |
| 11/21/2025 | EVERSOURCE | 62.95 |
| 11/21/2025 | EVERSOURCE | 145.79 |
| 11/24/2025 | EVERSOURCE | 190.91 |
| 12/10/2025 | EVERSOURCE | 1,291.56 |
| 12/10/2025 | EVERSOURCE | 1,969.61 |
| 12/10/2025 | EVERSOURCE | 24.91 |
| 12/15/2025 | EVERSOURCE | 1,064.59 |
| 12/15/2025 | EVERSOURCE | 22.96 |
| 12/15/2025 | EVERSOURCE | 153.43 |
| 12/15/2025 | EVERSOURCE | 128.68 |
| 12/16/2025 | EVERSOURCE | 193.03 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 389.36 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 422.84 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 230.64 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 574.75 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 415.40 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 527.56 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 546.92 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 22.00 |
| 10/15/2025 | FEIZY IMPORT & EXPORT | 838.64 |
| 10/31/2025 | FEIZY IMPORT & EXPORT | 838.64 |
| 12/02/2025 | FELICIA SAWYER | 640.14 |
| 10/22/2025 | GARAVENTA USA, INC | 927.00 |
| 10/31/2025 | GLASSISIMO | 2,536.27 |
| 11/14/2025 | GLASSISIMO | 1,000.00 |
| 10/01/2025 | GLOBAL VIEWS | 1,316.25 |
| 10/24/2025 | HANNAH ORAVEC | 594.00 |
| 10/15/2025 | HIMOLLA/EUROLINK | 9,689.70 |
| 11/14/2025 | HIMOLLA/EUROLINK | 4,834.80 |
| 11/26/2025 | HIMOLLA/EUROLINK | 5,953.50 |
| 12/12/2025 | HIMOLLA/EUROLINK | 7,648.60 |
| 10/24/2025 | INTERIORS BY MONIQUE INC | 1,141.30 |
| 11/26/2025 | JET WINDOW CLEANING | 250.00 |
| 11/26/2025 | KMW HARDWARE, INC. | 64.00 |
| 11/14/2025 | KYLIE R HARVEY | 591.57 |
| 12/12/2025 | KYLIE R HARVEY | 209.12 |
| 10/03/2025 | L & J.G. STICKLEY INC. | 4,070.37 |
| 11/14/2025 | L & J.G. STICKLEY INC. | 6,400.82 |
| 10/03/2025 | LEE INDUSTRIES, INC. | 2,953.00 |
| 10/15/2025 | LEE INDUSTRIES, INC. | 3,397.68 |
| 10/17/2025 | LEE INDUSTRIES, INC. | 10,703.00 |

| | | |
|---|---|---:|
| 10/31/2025 | LEE INDUSTRIES, INC. | 4,118.49 |
| 11/14/2025 | LEE INDUSTRIES, INC. | 4,450.00 |
| 11/26/2025 | LEE INDUSTRIES, INC. | 2,977.00 |
| 12/12/2025 | LEE INDUSTRIES, INC. | 11,091.00 |
| 12/12/2025 | LEFTBANK ART | 328.60 |
| 11/14/2025 | LUONTO FURNITURE | 6,578.40 |
| 10/03/2025 | LYNDON WOODWORKING INC | 3,917.00 |
| 10/15/2025 | LYNDON WOODWORKING INC | 4,652.00 |
| 10/21/2025 | LYNDON WOODWORKING INC | 76.06 |
| 10/24/2025 | MAPLE CORNER WOODWORKS | 3,645.00 |
| 12/12/2025 | MAPLE CORNER WOODWORKS | 2,735.00 |
| 10/27/2025 | MASSACHUSETTS DEPT OF REVENUE | 6,300.00 |
| 10/27/2025 | MASSACHUSETTS DEPT OF REVENUE | 48,000.00 |
| 11/04/2025 | MASSACHUSETTS DEPT OF REVENUE | 3,096.04 |
| 11/04/2025 | MASSACHUSETTS DEPT OF REVENUE | 21,084.03 |
| 11/05/2025 | MASSACHUSETTS DEPT OF REVENUE | 2,349.50 |
| 11/05/2025 | MASSACHUSETTS DEPT OF REVENUE | 18,344.86 |
| 11/25/2025 | MASSACHUSETTS DEPT OF REVENUE | 2,800.00 |
| 11/25/2025 | MASSACHUSETTS DEPT OF REVENUE | 26,000.00 |
| 11/25/2025 | MASSACHUSETTS DEPT OF REVENUE | 227.12 |
| 11/26/2025 | MASSOUD FURNITURE | 3,123.51 |
| 10/22/2025 | MATTHEW A. FRAZIER ENTERPRISES | 72.00 |
| 10/03/2025 | MCCREARY MODERN | 1,693.25 |
| 11/14/2025 | MCCREARY MODERN | 1,104.00 |
| 10/31/2025 | MEDFORD COFFEE LLC | 275.00 |
| 11/14/2025 | MEDFORD COFFEE LLC | 275.00 |
| 11/26/2025 | MELO & SONS UPHOLSTERING, INC | 550.00 |
| 10/01/2025 | MERCATUS, RICKERS, & TIMMERMAN | 672.60 |
| 10/01/2025 | MERCATUS, RICKERS, & TIMMERMAN | 462.90 |
| 10/01/2025 | MERCATUS, RICKERS, & TIMMERMAN | 498.30 |
| 10/06/2025 | MERCATUS, RICKERS, & TIMMERMAN | 498.30 |
| 10/28/2025 | MERCATUS, RICKERS, & TIMMERMAN | 1,667.80 |
| 10/28/2025 | MERCATUS, RICKERS, & TIMMERMAN | 3,579.99 |
| 10/28/2025 | MERCATUS, RICKERS, & TIMMERMAN | 1,658.73 |
| 11/25/2025 | METROPOLITAN | |
| 12/02/2025 | METROPOLITAN | 2,258.07 |
| 10/16/2025 | MIDDLETON MUNICIPAL ELEC. DEPT | 85.88 |
| 10/16/2025 | MIDDLETON MUNICIPAL ELEC. DEPT | 752.68 |
| 11/18/2025 | MIDDLETON MUNICIPAL ELEC. DEPT | 82.26 |
| 11/18/2025 | MIDDLETON MUNICIPAL ELEC. DEPT | 762.00 |
| 12/16/2025 | MIDDLETON MUNICIPAL ELEC. DEPT | 91.99 |
| 12/16/2025 | MIDDLETON MUNICIPAL ELEC. DEPT | 710.26 |
| 10/07/2025 | MULLIGAN FUNDING | 7,828.15 |
| 10/14/2025 | MULLIGAN FUNDING | 7,828.15 |
| 10/21/2025 | MULLIGAN FUNDING | 7,828.15 |
| 10/28/2025 | MULLIGAN FUNDING | 7,828.15 |
| 11/04/2025 | MULLIGAN FUNDING | 7,828.15 |
| 11/12/2025 | MULLIGAN FUNDING | 7,828.15 |

| Date | Vendor | Amount |
|---|---|---|
| 11/18/2025 | MULLIGAN FUNDING | 7,828.15 |
| 11/25/2025 | MULLIGAN FUNDING | 7,828.15 |
| 12/02/2025 | MULLIGAN FUNDING | 7,828.15 |
| 12/09/2025 | MULLIGAN FUNDING | 7,828.15 |
| 12/16/2025 | MULLIGAN FUNDING | 7,828.15 |
| 10/22/2025 | NATIONAL GRID | 286.40 |
| 10/28/2025 | NATIONAL GRID | 182.23 |
| 10/28/2025 | NATIONAL GRID | 25.38 |
| 10/28/2025 | NATIONAL GRID | 26.66 |
| 10/28/2025 | NATIONAL GRID | 25.38 |
| 10/28/2025 | NATIONAL GRID | 29.06 |
| 10/28/2025 | NATIONAL GRID | 47.20 |
| 10/28/2025 | NATIONAL GRID | 21.13 |
| 11/19/2025 | NATIONAL GRID | 296.11 |
| 11/26/2025 | NATIONAL GRID | 91.45 |
| 11/26/2025 | NATIONAL GRID | 227.90 |
| 11/26/2025 | NATIONAL GRID | 100.78 |
| 11/26/2025 | NATIONAL GRID | 47.23 |
| 11/26/2025 | NATIONAL GRID | 47.23 |
| 12/02/2025 | NATIONAL GRID | 72.99 |
| 12/02/2025 | NATIONAL GRID | 329.87 |
| 11/10/2025 | NEW ENGLAND TABLE COMPANY | 2,500.00 |
| 10/06/2025 | NEXAMP ASSET MGMNT SERVICES | 1,504.00 |
| 11/03/2025 | NEXAMP ASSET MGMNT SERVICES | 1,466.69 |
| 12/05/2025 | NEXAMP ASSET MGMNT SERVICES | 1,343.96 |
| 10/24/2025 | NISSAN MOTORS | 725.44 |
| 11/25/2025 | NISSAN MOTORS | 725.44 |
| 10/22/2025 | NKD MECHANICAL INC | 600.00 |
| 11/14/2025 | NKD MECHANICAL INC | 3,985.00 |
| 11/26/2025 | NKD MECHANICAL INC | 1,681.52 |
| 10/15/2025 | NOELLE CHICHESTER | 605.22 |
| 11/14/2025 | NOELLE CHICHESTER | 109.13 |
| 12/12/2025 | NOELLE CHICHESTER | 119.00 |
| 10/24/2025 | NORWALK FURNITURE | 15,780.85 |
| 10/31/2025 | NORWALK FURNITURE | 1,927.98 |
| 11/14/2025 | NORWALK FURNITURE | 3,569.77 |
| 11/26/2025 | NORWALK FURNITURE | 6,666.75 |
| 11/26/2025 | NOURISON | 3,473.28 |
| 12/02/2025 | NOURISON | 3,802.83 |
| 10/22/2025 | OFFICE SOURCE | 106.64 |
| 11/26/2025 | OFFICE SOURCE | 271.75 |
| 11/17/2025 | PEOPLESPAN, LLC | 1,480.00 |
| 12/01/2025 | PEOPLESPAN, LLC | 1,360.00 |
| 10/20/2025 | PODIUM CORPORATION, INC | 3,655.28 |
| 10/03/2025 | R.E.M REALTY TRUST | 39,765.71 |
| 10/22/2025 | R.E.M REALTY TRUST | 125.76 |
| 12/12/2025 | R.E.M REALTY TRUST | 25,000.00 |
| 11/04/2025 | REFUND VENDOR | 199.00 |

| | | |
|---|---|---|
| 11/04/2025 | REFUND VENDOR | 900.00 |
| 11/17/2025 | REFUND VENDOR | 3,046.43 |
| 10/17/2025 | REVOLUTION FURNISHINGS LLC | 9,824.16 |
| 10/31/2025 | REVOLUTION FURNISHINGS LLC | 6,125.55 |
| 12/01/2025 | REVOLUTION FURNISHINGS LLC | 16,339.65 |
| 10/15/2025 | RICHARD SWIFT | 21.17 |
| 11/26/2025 | ROBERT HALF INC | 1,470.00 |
| 10/03/2025 | SALOOM FURNITURE CO, INC | 4,893.50 |
| 10/31/2025 | SALOOM FURNITURE CO, INC | 2,900.00 |
| 11/14/2025 | SALOOM FURNITURE CO, INC | 5,220.00 |
| 11/26/2025 | SALOOM FURNITURE CO, INC | 3,055.00 |
| 11/14/2025 | SAMMYS LAWNS LLC | 570.00 |
| 10/03/2025 | SFERRA FINE LINENS LLC | 426.67 |
| 10/01/2025 | SMALL BUSINESS ADMINISTRATION | 2,728.71 |
| 11/03/2025 | SMALL BUSINESS ADMINISTRATION | 2,728.71 |
| 12/01/2025 | SMALL BUSINESS ADMINISTRATION | 2,728.71 |
| 10/06/2025 | SOUTH STATE BANK, N.A. | 5,467.60 |
| 10/06/2025 | SOUTH STATE BANK, N.A. | 27,236.37 |
| 10/06/2025 | SOUTH STATE BANK, N.A. | 4,279.25 |
| 10/14/2025 | SOUTH STATE BANK, N.A. | 6,298.22 |
| 11/05/2025 | SOUTH STATE BANK, N.A. | 5,428.85 |
| 11/06/2025 | SOUTH STATE BANK, N.A. | 27,043.90 |
| 11/10/2025 | SOUTH STATE BANK, N.A. | 4,279.25 |
| 11/10/2025 | SOUTH STATE BANK, N.A. | 6,179.81 |
| 12/04/2025 | SOUTH STATE BANK, N.A. | 4,279.25 |
| 12/05/2025 | SOUTH STATE BANK, N.A. | 5,428.85 |
| 12/09/2025 | SOUTH STATE BANK, N.A. | 27,043.90 |
| 12/10/2025 | SOUTH STATE BANK, N.A. | 6,179.81 |
| 11/26/2025 | STAPLES BUSINESS CREDIT | 1,451.44 |
| 11/14/2025 | STATE OF FLORIDA | 142.57 |
| 10/15/2025 | STATE OF MAINE | 1,444.52 |
| 11/17/2025 | STATE OF MAINE | 870.21 |
| 10/15/2025 | STATE OF RHODE ISLAND | 1,347.36 |
| 12/02/2025 | STORIS | 20,872.56 |
| 10/31/2025 | SURYA CARPETS, INC | 1,167.89 |
| 11/26/2025 | SURYA CARPETS, INC | 2,459.41 |
| 10/01/2025 | SYNCHRONY FINANCIAL | 320.00 |
| 11/03/2025 | SYNCHRONY FINANCIAL | 320.00 |
| 12/01/2025 | SYNCHRONY FINANCIAL | 320.00 |
| 11/14/2025 | THAYER COGGIN INC | 5,466.00 |
| 11/26/2025 | THAYER COGGIN INC | 3,317.00 |
| 12/12/2025 | THAYER COGGIN INC | 1,773.00 |
| 10/15/2025 | THERAPEDIC OF NEW ENGLAND | 6,211.00 |
| 10/15/2025 | THOR'S ELEGANCE INC | 1,360.00 |
| 10/31/2025 | THOR'S ELEGANCE INC | 7,564.00 |
| 11/14/2025 | THOR'S ELEGANCE INC | 3,437.00 |
| 11/26/2025 | THOR'S ELEGANCE INC | 1,687.00 |
| 12/12/2025 | THOR'S ELEGANCE INC | 915.00 |

| 12/17/2025 | THOR'S ELEGANCE INC | 40.00 |
| 10/22/2025 | THREE OF HEARTS LLC | 17,991.00 |
| 11/14/2025 | TINA OWENS | 168.31 |
| 12/16/2025 | TINA OWENS | 213.76 |
| 11/14/2025 | TORAY INTL AMERICA INC | 226.00 |
| 10/31/2025 | TOWN OF ACTON | 132.43 |
| 10/22/2025 | TOWN OF PEMBROKE | 50.00 |
| 10/03/2025 | TRICA INC | 4,269.21 |
| 10/31/2025 | TRICA INC | 4,714.38 |
| 11/14/2025 | TRICA INC | 3,758.83 |
| 11/14/2025 | TROUPE WASTE SERVICES | 42.50 |
| 10/15/2025 | TUCKER FURNITURE/M MILLER | 1,894.00 |
| 11/26/2025 | TUCKER FURNITURE/M MILLER | 1,272.00 |
| 10/10/2025 | UBEO LLC | 139.19 |
| 10/20/2025 | UBEO LLC | 942.46 |
| 11/04/2025 | UBEO LLC | 942.46 |
| 11/10/2025 | UBEO LLC | 139.19 |
| 12/10/2025 | UBEO LLC | 139.19 |
| 12/18/2025 | UBEO LLC | 961.58 |
| 10/22/2025 | UG2 LLC | 493.80 |
| 11/14/2025 | UG2 LLC | 493.80 |
| 10/06/2025 | UNITED PARCEL SERVICE | 597.72 |
| 10/20/2025 | UNITED PARCEL SERVICE | 232.96 |
| 10/20/2025 | UNITED PARCEL SERVICE | 24.69 |
| 10/27/2025 | UNITED PARCEL SERVICE | 24.65 |
| 11/03/2025 | UNITED PARCEL SERVICE | 394.49 |
| 11/10/2025 | UNITED PARCEL SERVICE | 52.11 |
| 11/17/2025 | UNITED PARCEL SERVICE | 24.65 |
| 11/25/2025 | UNITED PARCEL SERVICE | 24.69 |
| 12/01/2025 | UNITED PARCEL SERVICE | 129.11 |
| 12/08/2025 | UNITED PARCEL SERVICE | 24.74 |
| 12/15/2025 | UNITED PARCEL SERVICE | 188.00 |
| 11/14/2025 | UNITERS | 1,494.95 |
| 11/26/2025 | UNITERS | 3,418.21 |
| 10/08/2025 | UNITIL | 80.00 |
| 10/08/2025 | UNITIL | 80.00 |
| 11/07/2025 | UNITIL | 80.00 |
| 11/07/2025 | UNITIL | 80.00 |
| 12/05/2025 | UNITIL | 83.14 |
| 12/05/2025 | UNITIL | 80.00 |
| 10/03/2025 | VALDESE WEAVERS, LLC | 143.85 |
| 11/14/2025 | VALDESE WEAVERS, LLC | 291.80 |
| 11/26/2025 | VALDESE WEAVERS, LLC | 143.85 |
| 10/22/2025 | VALLEY VIEW TRANSPORT LLC | 3,833.88 |
| 11/14/2025 | VALLEY VIEW TRANSPORT LLC | 2,477.40 |
| 11/26/2025 | VALLEY VIEW TRANSPORT LLC | 1,202.04 |
| 10/14/2025 | VERIZON | 154.00 |
| 10/14/2025 | VERIZON | 104.99 |

| 10/28/2025 | VERIZON | 104.99 |
| 10/28/2025 | VERIZON | 104.99 |
| 11/12/2025 | VERIZON | 154.00 |
| 11/13/2025 | VERIZON | 104.99 |
| 11/28/2025 | VERIZON | 104.99 |
| 11/28/2025 | VERIZON | 104.99 |
| 12/11/2025 | VERIZON | 154.00 |
| 12/15/2025 | VERIZON | 104.99 |
| 11/14/2025 | VERMONT HANDCRAFTED FURN., LLC | 2,735.25 |
| 11/26/2025 | VERMONT HANDCRAFTED FURN., LLC | 861.00 |
| 11/14/2025 | VETELINO LANDSCAPE INC. | 1,318.50 |
| 10/02/2025 | VIEWIT TECHNOLOGIES | 952.00 |
| 10/17/2025 | VIEWIT TECHNOLOGIES | -278.19 |
| 10/01/2025 | VISUAL COMFORT & CO. | 1,431.03 |
| 11/14/2025 | VM SERVICES SOLUTIONS INC. | 2,655.00 |
| 10/15/2025 | W.A.MITCHELL, INC | 1,987.00 |
| 10/31/2025 | WATER SUPPLY DISTRICT OF ACTON | 138.97 |
| 10/15/2025 | WHITTIER WOOD PRODUCTS CO. | 7,379.55 |
| 10/22/2025 | WIND RIVER ENVIRONMENTAL LLC | 694.31 |
| 11/14/2025 | WOODFORMS | 5,000.00 |
| 11/21/2025 | WOODFORMS | 8,720.00 |
| 11/26/2025 | WOODFORMS | 5,000.00 |
| 10/01/2025 | YOUNGER FURNITURE, INC. | 1,675.00 |
| 10/30/2025 | YOUNGER FURNITURE, INC. | 2,430.00 |

| Date | Bank | Reference | Method | Name | Amount | AP Bill | Type | Amount |
|------|------|-----------|--------|------|--------|---------|------|--------|
| 06/30/2025 | 5 | Jan 2025 Rent Bal | CSH | CIRCLE PROPERTY HOLDINGS LLC | 2,441.73 | 91110 | EXPI | 2,441.73 |
| 06/30/2025 | 5 | Feb 2025 Rent Bal | CSH | CIRCLE PROPERTY HOLDINGS LLC | 2,684.94 | 91460 | EXPI | 2,684.94 |
| 06/30/2025 | 5 | Mar 2025 Rent Bal | CSH | CIRCLE PROPERTY HOLDINGS LLC | 2,684.94 | 92325 | EXPI | 2,684.94 |
| 06/30/2025 | 5 | Apr 2025 Rent Bal | CSH | CIRCLE PROPERTY HOLDINGS LLC | 2,684.94 | 92824 | EXPI | 2,684.94 |
| 06/30/2025 | 5 | May 2025 Rent Bal | CSH | CIRCLE PROPERTY HOLDINGS LLC | 2,690.54 | 93368 | EXPI | 2,690.54 |
| 06/30/2025 | 5 | June 2025 Rent Bal | CSH | CIRCLE PROPERTY HOLDINGS LLC | 2,690.54 | 94004 | EXPI | 2,690.54 |
| 06/30/2025 | 5 | Offset AR Bal | DBT | CIRCLE PROPERTY HOLDINGS LLC | -15,877.63 | 93947 | EXPC | -15,877.63 |
| 01/09/2025 | 6 | 3752 | EFT | BOB RICHARD | 3,646.88 | 88500 | EXPI | 3,646.88 |
| 02/14/2025 | 6 | 3917 | EFT | BOB RICHARD | 3,700.00 | 88796 | EXPI | 3,700.00 |
| 03/14/2025 | 6 | 4029 | EFT | BOB RICHARD | 3,885.04 | 90203 | EXPI | 3,885.04 |
| 04/11/2025 | 6 | 4176 | EFT | BOB RICHARD | 2,869.44 | 91847 | EXPI | 2,869.44 |
| 04/11/2025 | 6 | 4205 | EFT | BOB RICHARD | 5,000.00 | 92289 | EXPI | 5,000.00 |
| 05/23/2025 | 6 | 4370 | EFT | BOB RICHARD | 5,000.00 | 91760 | EXPI | 5,000.00 |
| 08/29/2025 | 6 | 4748 | EFT | BOB RICHARD | 13,844.40 | 92911 | EXPI | 13,844.40 |

# United States Bankruptcy Court
## District of Massachusetts

In re    **Circle Furniture Holdings, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 30, 2026**

**/s/ Robert Richard**

**Robert Richard/President**
Signer/Title

100 Northern Avenue, LLC
100 Nothern Avenue, Suite 600
Boston, MA 02210

237 South Main St. LLC
Attn: Herb Weinberg
Rosenberg & Weinberg
805 Turnpike St., Suite 801
North Andover, MA 01845

237 South Main Street LLC
186 Gunstock Hill Road
Gilford, NH 03249

40 Bridge Street Condo Assoc.
40 Bridge Street
Box #9
Portsmouth, NH 03801

425 LLC
50 Foster Street
Cambridge, MA 02138

Aaron Nash
168 Stoney Gate
Carlisle, MA 01741

Abbey & David Cook
50 Sumner Road
Brookline, MA 02446

Adriana Martinez
200 Market Street
Lowell, MA 01852

AG&Co. Interiors
163 Cabot Street
Beverly, MA 01915

Alder & Tweed Furniture Co.
210 W Crossroad Square
Salt Lake City, UT 84115

Aleksandro Krasheninn
247 Fisher Road
Holden, MA 01520

Alex Khalarian
160 Standish Street
Watertown, MA 02472

Ali Akin
15 Powers Road
Sudbury, MA 01776

Alice Dove
30 Bridge Street
Kittery, ME 03904

Alice Murray
254 Pearl Street
Cambridge, MA 02139

Alison Barker
9 Adeline Way
Acton, MA 01720

Alison Peterson
29 Pleasant View Road
Arlington, MA 02476

Alumni Sport Cafe
95 Washington Street
Pembroke, MA 02359

Ambassador
15 Depot Street
Duxbury, MA 02332

Ambassador
c/o Lawless Design
15 Depot Street
Duxbury, MA 02332

Ambella Home Collection, Inc.
4200 Cheyenne Drive
Dallas, TX 75247

American Alarm & Communication
297 Broadway
Arlington, MA 02474

American Express
PO Box 30009
Salt Lake City, UT 84130

American Express
PO Box 981535
El Paso, TX 79998

American Leather, Inc.
PO Box 825677
Dallas, TX 75236

Amisco Industries Ltd
33, 5th Street
PO Box 250
L'Islet QC G0R 2C0

Amisha Patel
13 St. Mary Road
Cambridge, MA 02139

Amy & Doug Aker
11 Willow Circle
Lunenburg, MA 01462

Amy Chen
239 Wachusett Street
Jamaica Plain, MA 02130

Amy Truog
37 Trowbridge Street
Cambridge, MA 02138

Amy Turley
378 East Dunbarton Road
Goffstown, NH 03045

Ana Fahey-Flynn
1 Concord Square., Apt. 3
Boston, MA 02118

Andrea Kane
17 Goldenrod Way
North Hampton, NH 03862

Andy and Wei Samel
57 North Main Street
Natick, MA 01760

Angela & Sam DiBattista
57 Southern Avenue
Weymouth, MA 02188

Ann Kaliszewski
53 South Charlton Shore Rd.
Charlton, MA 01507

Ann Neely
8 Winthrop Street
Salem, MA 01970

Anna Fahey-Flynn
1 Concord Sq., Apt. 3
Boston, MA 02118

Anne Patterson
80 Buckingham Street
Cambridge, MA 02138

Anne Starr
38 Thingvalla Avenue
Cambridge, MA 02138

Anne Sternfeld
317 Glen Road
Weston, MA 02493

Appleton, Hawley
988 Memorial Drive, #583
Cambridge, MA 02138

Arbella Insurance Group
PO Box 55392
Boston, MA 02205

Aspen Trans Service, Inc.
795 West Broadway
Gardner, MA 01440

Aubrey Harris
60 Adams Street, #3F
Somerville, MA 02145

Audrey Olfers
69 Old Orchard Lane
Boxborough, MA 01719

Auskin
PO Box 1165
Arvada, CO 80001

Ava Brennan
7 Henchman Street
Boston, MA 02113

Barbara Niggel
455 Harvest Road
Eastham, MA 02642

Baysdie Electrical Contractors
57 Mid Tech Drive
West Yarmouth, MA 02673

Becker Designed, Inc.
14954 Bogle Drive
Chantilly, VA 20151

Beth Troiano
80 Mill Street
Hanover, MA 02339

Bill & Lisa Campbell
8 Pocasset Street
East Falmouth, MA 02536

BMW
PO Box 3608
Dublin, OH 43016

Bob Richard
73 Barrington Avenue
Nashua, NH 03062

Bornstu LLC
297 North Street
Hyannis, MA 02601

Brad Bowman
95 Daniel Street
Portsmouth, NH 03801

Brian Lamattina
320 Marverick Street
Boston, MA 02128

Brian Mahoney
165 Stagscoach Drive
Marshfield, MA 02050

Bridget Jaklitsch
95 Circuit Road
South Weymouth, MA 02190

Brigid Kennedy-Pfister
50 Willow Grove Road
Brunswick, ME 04011

Brooks Furniture Xpress, Inc.
PO Box 669
Conover, NC 28613

Bruno Felaco
137 Ashcroft Road
Medford, MA 02155

Caperton Furniture Works
5270 Valley Road
Berkeley Springs, WV 25411

Capital One Spark MC
PO Box 71087
Charlotte, NC 28272

Carlos Ramos
49 Riverview Terrace
New Bedford, MA 02744

Carmen Cenerizio
40 Sleepy Hollow
Greenland, NH 03840

Carol Aloupis
10 Chamberlain Circle
Nahant, MA 01908

Carol Greenfield
284 Bishops Forest Dr
Waltham, MA 02452

Caroline Doherty
30 Homestead Rd
Lynnfield, MA 01940

Caroline Shea
74 Webster Street
Arlington, MA 02474

Catherine Petrie
47 Old Nugent Farm Rd.
Gloucester, MA 01930

Catherine Piela
73 Green Street
Marblehead, MA 01945

Cathie & Chuck Busuito
65 Washington Street
Salem, MA 01970

Cathryn Freiman
6 Nipmuc Lane
Southborough, MA 01772

Cathy and Stephen Henderson
12 Fletcher Hill Lane
Groton, MA 01450

Cathy Joe Cardamone
93 Mates Way
Brewster, MA 02631

Ceccilia Brown
18 Mountain Avenue
Wakefield, MA 01880

Charleston Forge
251 Industrial Park Drive
Boone, NC 28607

Chelsea Shukie
4 Copley Street
Winchester, MA 01890

Chilewich Sultan LLC
39 W 19th Street, 11th Floor
New York, NY 10011

Chris Ciriello
77 Exeter Street
Boston, MA 02116

Chris Jones
17 Kelber Drive
Marlborough, MA 01752

Christian Farrar
32 Margaret Street
Arlington, MA 02474

Christina Scott Duncan
77 Manomet Avenue
Plymouth, MA 02360

Christine Romeo
136 Joseph Road
Boxborough, MA 01719

Chronicle Books
PO Box 8828 , JFK Station
San Francisco, CA 94105

Cintas Corp
PO Box 630803
Cincinnati, OH 45263

Circle Middleton, LLC
33 Roslyn Road
Waban, MA 02468

Circle Pembroke Retail LLC
33 Roslyn Road
Waban, MA 02468

Circle Property Holdings LLC
19 Craig Road
Acton, MA 01720

Cissy Young
110 Broad Street, Unit 502
Boston, MA 02110

City of Boston
PO Box 55810
Boston, MA 02205

City of Framingham
150 Concord Street
Framingham, MA 01702

Claudia Ted Svoboda
325 Highland Avenue
West Newton, MA 02465

Clearview Window Cleaning, Inc.
PO Box 242
Woburn, MA 01801

Colin Quirk
25 Channel Center Street, Unit 208
Boston, MA 02210

Collette Gagnon
59 Paine Road
Cumberland, RI 02864

Comcast
PO Box 70219
Newark, NJ 07101

Company C, Inc.
PO Box 4277
Concord, NH 03301

Connie Sprovieri
183 Portsmouth Avenue
New Castle, NH 03854

Consolidated Freight Carriers
PO Box 6473
High Point, NC 27262

Contemporary Design Group
633 University Ave
San Diego, CA 92103

Copeland Furniture
156 Industrial Drive
Bradford, VT 05033

Coxswain Media LLC
PO Box 295
Dalton, MA 01227

CR Laine Furniture Co., Inc.
PO Box 2128
Hickory, NC 28602

Craig Rd Associates, LLC
33 Roslyn Road
Waban, MA 02468

Craig Thompson
15 College Ave
Arlington, MA 02474

Craig Weimer
221 Sage Lane
Portsmouth, NH 03801

Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264

CSC
801 Adlai Stevenson Dr
Springfield, IL 62703

CSC, As Representative
P.O. Box 2576
Springfield, IL 62708

Currey & Company, Inc.
PO Box 102144
Atlanta, GA 30340

Dana Sorbel
30 Sutton Road
Needham, MA 02492

Daniel Gale
160 Paul Revere Rd.
Needham Heights, MA 02494

Daniel Sigalovsky
390 FW Hardford Dr
Portsmouth, NH 03801

Danielle Downing
1 Charron Circle
Exeter, NH 03833

Daria Homenko
18 Thomas Road
Wellesley, MA 02482

David Alves
533 Lewis Wharf
Boston, MA 02110

David and Deb Rushton
202 Court Street
Portsmouth, NH 03801

David Brady
8 Griggs Terrace
Brookline, MA 02446

David Clemens
18 Middlesex Street
Cambridge, MA 02140

David Danek
30 Linbergh Avenue
West Newton, MA 02465

David Matz
2 Abbot Mill Lane, #15-12
Westford, MA 01886

David Mullen
144 Lowell Street
Arlington, MA 02476

David Stawarz
147 Summer Street
Somerville, MA 02143

Deb Ellis
65 Whitney Avenue
Westwood, MA 02090

Debbie & Dave Hill
31 Brewster Street
Plymouth, MA 02360

Debbie Greenglass
66 Bel Air Road
Hingham, MA 02043

Deborah Freeman
365 Cover View Road
Wellfleet, MA 02667

Deborah Goldman
525 Tumbling Hawk
Acton, MA 01720

Deborah Hale
467 Beechwood Street
Cohasset, MA 02025

Deborah McCormack
56 Thurlow Street
Plymouth, NH 03264

Deborah Osborne
474 Pleasant Street
Winthrop, MA 02152

Denise Roussel
1010 Waltham Street, #292
Lexington, MA 02421

Diana Silva
16 Marcella Street, Apt. 1
Cambridge, MA 02141

Dianne Spalding
87 Crane Neck
West Newbury, MA 01985

Dibs Co.
105 Webster Street, Ste 7
Hanover, MA 02339

Dimitri Bertsimas
75-83 Cambridge Parkway
Cambridge, MA 02142

Directit Corp.
39 Emerson Road, #215
Waltham, MA 02451

Donald Hunton
15 Silver Hill Road
Acton, MA 01720

Donna Grady
500 Harrison Aveue, 3F
Boston, MA 02118

Donna Korb
5 Colchester Road
Windham, NH 03087

Donna Role
18 Grover Road
Ashland, MA 01721

Doreen Boissonneault
739 Fairfield Street
Manchester, NH 03101

Doug Hardy
34 Nelson Avenue
Beverly, MA 01915

Drew Thompson
20 Short Street
Cohasset, MA 02025

E.L. Harvey & Sons, Inc.
68 Hopkinton Road, Route #135
Westborough, MA 01581-2126

Eastern Accents
PO Box 410908
Chicago, IL 60641

Edna Kaplan
9 Goodwins Court, #5
Marblehead, MA 01945

Eileen Mullen
217 Hillcrest Road
Needham, MA 02492

Eileen Schaubert
57 North Main Street
Natick, MA 01760

Ekornes, Inc.
26984 Network Place
Chicago, IL 60673

El Ran Furniture Ltd
2751 Transcanada Highway
Pointe-Claire QC H9R 1B4

Elaine Russell
PO Box 2386
Nantucket, MA 02584

Elena Holmansky
150 Butternut Hollow
Village of Nagog Woods, MA 01718

Eliot Beal
255 Clapp Road
Scituate, MA 02066

Elite Anywhere
1140 Washington Street
Boston, MA 02118

Elite Home Delivery, Inc.
503 Winthrop Street, Suite 8A
Bristol, RI 02809

Eliza Anderson
63 Haversham Road
Westerly, RI 02891

Elizabeth & Ian Mazsa
4 Homer Sq.
Somerville, MA 02143

Elizabeth Canellos
343 Russell Street
Carlisle, MA 01741

Elizabeth Howes
1010 Waltham Street
Lexington, MA 02421

Elizabeth Powell
26 Eagles Lane
Falmouth, ME 04105

Ellen Dorian
8 Howley Lane
Savannah, GA 31411

Ellen Gibbons
759 CJC Highway
Cohasset, MA 02025

Ellen Kloss
59 Milton Street
Arlington, MA 02474

Elliot Katzman
1 Swampscott Street
Swampscott, MA 01907

Emily Ambrose
17 Seneca Road
Acton, MA 01720

Emily Mithcell
3 Beringer Way
Marblehead, MA 01945

Erik Richard
73 Barrington Avenue
Nashua, NH 03062

Eugene Boeglin
15 Lantern Lane
Lexington, MA 02421

Eva Adams
252 Oakland Avenue
Arlington, MA 02476

Eversource
PO Box 56007
Boston, MA 02205

Fabian Canas
57 Amsden Street
Arlington, MA 02474

Fae Affleck
345 Westford Road
Concord, MA 01742

Feizy Import & Export
13800 Diplomat Drive
Dallas, TX 75234

First Corporate Solutions, as Represent
914 S Street
Sacramento, CA 95811

Fish Window Cleaning
13800 Diplomat Drive
Dallas, TX 75234

Four Hands
PO Box 26868
Salt Lake City, UT 84126

Framingham Fire Dept.
10 Loring Drive
Framingham, MA 01702

Francisco Garcia
5 Coppersmyth Way
Lexington, MA 02421

Franklin Disla
255 Groveland Street
Haverhill, MA 01830

Fred Benjamin
948 Washington Street
Gloucester, MA 01930

Gail McCormick
34 Hamilton Road
Arlington, MA 02474

Garaventa USA, Inc.
735 East Industrial Park Drive, Suite C
Manchester, NH 03109

Gary Bigelow
22 Birch Brook Road
Lynn, MA 01905

George Albrecht
22 Liberty Drive
Boston, MA 02210

George Loewenson
22 Chauncy Street, #15
Cambridge, MA 02138

Gerry Benson
86 Lyman Road
Berlin, MA 01503

Gilda Clarke
20 Campbell Park
Somerville, MA 02144

Gina Sun
285 Third Street
Cambridge, MA 02142

Giulia Sheftel
88 Highland Circle
Wayland, MA 01778

Glassisimo
7317 Oak Run Lane
Sarasota, FL 34243

Goguen Transportation
PO Box 718
Gardner, MA 01440

Heather & Bracken McLeod
18 Edgel Drive
Framingham, MA 01701

Heather Cabassa
200 Spring Street
Ashland, MA 01721

Heather Cully
12 Samoset Road
Duxbury, MA 02332

Heidi Rob Harrington
176 King Phllips Path
Duxbury, MA 02332

Heidi Taracena
80 Little River Road
Hampton, NH 03842

Herb Collins
50 Woodruff Road
Clinton, MA 01510

Himolla/Eurolink
PO Box 10179
West Palm Beach, FL 33419

Hooker Furniture Corporation
PO Box 404535
Atlanta, GA 30384

Houe
900 Third Avenue, 17th Floor
New York, NY 10022

Hugh Pearson
15 Joy Street
Boston, MA 02114

Ian James Sinnett Lee
193 School Street
Marstons Mills, MA 02648

Ilana Robbins
140 Peal Street
Somerville, MA 02145

Ingrid & Dave Smith
33 Central Avenue
Marshfield, MA 02050

Ita Dennehy
777 Huron Avenue
Cambridge, MA 02138

Jack Robichau
14 Pearl Street, Unit A
Somerville, MA 02145

James & Margaret Kelly
29 Jackson Street
Cambridge, MA 02140

James Fitzsimmons
14 Indian Dawn
Wayland, MA 01778

Jamie Young Co., Inc.
331 W Victoria Street
Gardena, CA 90248

Janes Loughlin
106A Ridgefield Circle
Clinton, MA 01510

Janet Clay
233 Otis Street
West Newton, MA 02465

Janet Hoffman
219A Middle Road
Chilmark, MA 02535

Janet Kmetz
48 Great Hill Drive
Topsfield, MA 01983

Janet R. Lorusso
30 Revolutionary Road
Acton, MA 01720

Janis Cunningham
6 Stevens Circle
Westwood, MA 02090

Jason Labutti
1630 Belcasto Street
Las Vegas, NV 89117

Jean & Jack Gallagher
144 Paynes Creek
Brewster, MA 02631

Jean Froundjian
53 Barnard Avenue
Watertown, MA 02472

Jeff & Mary Furber
526 Essex Street
Beverly, MA 01915

Jeff Leone
32 Smith Road
Hingham, MA 02043

Jen Kenny
6 Berkley Circle
Hingham, MA 02043

Jennifer Dumas
19 Appleton Lane
Boxford, MA 01921

Jennifer Lin
26 Grasshopper Lane
Acton, MA 01720

Jennifer Lynn
323 St Paul Street
Brookline, MA 02446

Jennifer Markell
10 Wyman Road
Cambridge, MA 02138

Jerry Grace Bird
55 Wallbridge Way
Moultonborough, NH 03254

Jessica Cande
95 Walnut Street
Brookline, MA 02445

Jet Window Cleaning
14 Forest Brook Drive
Barrington, NH 03825

Jill Browne
57 N Main Street
Natick, MA 01760

Jim Morris
32 Sawtell Drive
Groton, MA 01450

JN Muldoon
533 Palmer Avenue
Falmouth, MA 02540

Joan & Howard Hoffman
549 School Street
Belmont, MA 02478

Joan Ojemann
6 Balsam Circle
Westford, MA 01886

Joan Schope
240 Ridge Street
Arlington, MA 02474

Joanne Foster
7 Hancock Street
Portsmouth, NH 03801

Joe Farley
PO Box 1059
Hanover, MA 02339

Joel Patenaude
64 Lincoln Point Road
Charlton, MA 01507

Joey Cuzzi
11 Sim Road
Saugus, MA 01906

John & Dorothy Owen
36 Juniper Avenue
Wakefield, MA 01880

John Beards
145 Hopkins Drive
Wellfleet, MA 02667

John Fairbanks
8803 Courts Way
Silver Spring, MD 20910

John Farrell
7 Beach Street
Cambridge, MA 02140

John Gutterman
1 Edward Road
Harwich, MA 02645

John J. Martinez
276 Emerald Street
Malden, MA 02148

Jonathan Salcedo
353 Summer Street
Somerville, MA 02144

Jonathan Sillman
359 Tappan Street
Brookline, MA 02445

Jonathan Suber
56 Taft Avenue
Lexington, MA 02421

Joseph Ferraro
7 Quail Run
Andover, MA 01810

Joyce Shields
50 Winn Street
Belmont, MA 02478

Jurgen Kedesdy
9 New Mill Place
Ipswich, MA 01938

Karen Fishman
313 Union Street, #2
Ashland, MA 01721

Karen McLoughlin
25 Ashland Woods Lane
Ashland, MA 01721

Karen Wilson
8 Pleasure Point Road
Sagamore, MA 02561

Katherine Healy
46 Independence Way
Marblehead, MA 01945

Kathleen Cowie
38 Danforth Street
Marshfield, MA 02050

Kathleen Dickey
1277 Concord Street
Framingham, MA 01701

Kathryn Raiz
84 Wildwood Drive
Needham, MA 02492

Kathy Dunn
90 White Clover Trail
Plymouth, MA 02360

Kathy Grugan
64 Woody Nook
Plymouth, MA 02360

Kathy Kemperman
35 Millrun Lane
Concord, MA 01742

Kathy Uber
21 West View Lane
Stow, MA 01775

Kellex Seating
PO Box 2043
Hicksville, NY 11802

Kelly & Mark Pillsbury
277 Beeden Road
Westport, MA 02790

Kendra Moore
46 Russell Avenue
Watertown, MA 02472

Kenneth Preaster
14 Alaska Street
Boston, MA 02119

Keri Corless
11 Vane Street
Wellesley, MA 02482

Kevin & Bradley Cook
54 Martin St
Essex, MA 01929

Kevin & Cheryl McCann
6 Sellers Farm Rd
Andover, MA 01810

Kim & Chris Mellen
23 Eagles Nest Road
Duxbury, MA 02332

Kim Farmer
25 Northern Ave
Boston, MA 02210

Kingsleybate
7200 Gateway Court
Manassas, VA 20109

Kistler Mindich
20 Candlewood Drive
Topsfield, MA 01983

KMW Hardware, Inc.
PO Box 444
Stow, MA 01775

Koles Residence
20 Russett Ln
Melrose, MA 02176

Kris Choi
25 Northern Ave
Boston, MA 02210

Kristen Barrett
36 Foster St
Marblehead, MA 01945

L&J.G. Stickley Inc.
PO Box 480
Manlius, NY 13104

Laura Clinton
135 Pleasant Street
Arlington, MA 02476

Laura Glasgall
1161 Drift Road
Westport, MA 02790

Lawrence Brenkus
318 Pleasant St
Belmont, MA 02478

Layla Barkal
21 Falls Way
Greenland, NH 03840

Leanne Russell
3 Fairlawn St
Malden, MA 02148

Lee Industries, Inc.
PO box 825676
Philadelphia, PA 19182

Leftbank Art
14930 Alondra Blvd.
La Mirada, CA 90638

Leslie Elfant
30 Grove Hill Ave
Newtonville, MA 02460

Leslie Lynch
23 Birch Ln
Ipswich, MA 01938

Lichun Wang
177 Olde Westboro Rd
North Grafton, MA 01536

Liden Ponds
1400 S. Ocean Blvd
Boca Raton, FL 33432

Linda & Harvey Sternberg
18 Marshall St
Watertown, MA 02472

Linda Huls
602 Bois D'Arc Land
Franklin, TN 37069

Linda Jeffries
36 Robinwood Ave
Apt 4
Jamaica Plain, MA 02130

Linda Savage
68 Ester Brook Rd
Acton, MA 01720

Lisa & Michael Briggs
53 Varney Point Rd. Right
Gilford, NH 03249

Lisa Adil
1 Assabet Xing
Acton, MA 01720

Lisa Montuori Trimble
11 Ryder Ave
Melrose, MA 02176

Lisa Smith
8 Meadow Lane
Wellesley, MA 02482

Liz & Rocky Piccirillo
3 Breck Place
Quincy, MA 02171

Liz Strauss
75 Nason Hill Road
Sherborn, MA 01770

Liza O'Reilly
44 Floret Circle
Hingham, MA 02043

Lizzie Cammarata
30 Hilltop Dr
Wenham, MA 01984

Loloi Rugs
4501 Spring Valley Road
Dallas, TX 75244

Lorene Ulrich
8 Barters Creek
Kittery Point, ME 03905

Loretta Sherblom
199 Park Ln
Concord, MA 01742

Louise Eldridge
29 Stonybrooke Lane
Kennebunkport, ME 04046

Luonto Furniture
PO Box 745008
Atlanta, GA 30374

Lyndon Woodworking Inc.
1135 Industrial Parkway
Saint Johnsbury, VT 05819

Lynne Madrigal
4109 Peters Farm Way
Westborough, MA 01581

M.A. Frazier Disposal
10 Kear Circle
Wellfleet, MA 02667

Madeline Colety
982 Town Hill Rd
Reading, VT 05062

Maeve Cosgrove
9 Hackensack Terrace
Chestnut Hill, MA 02467

Magiccleaners & Home Improvement
1363 Bridge Street, Route 28
South Yarmouth, MA 02664

Magniflex
3050 Biscayne Blvd, Ste 200
Miami, FL 33137

Mannys Landscape & Construction
590 Hudson Road
Sudbury, MA 01776

Margaret & Matt Leipsitz
38 Newbury Street
Newton Center, MA 02459

Margaret Casey
9 Summer St
Apt 343
Danvers, MA 01923

Margaret Cianfarini
74 Quincy St
Arlington, MA 02476

Margret Nealon
3 Turkey Shore Road
Ipswich, MA 01938

Maria Delasalas
273 Cambridge Rd.
#505
Woburn, MA 01801

Marie Clement
8 Anthony Lane
Danvers, MA 01923

Marilyn Kramer
18 Neptune
Beverly, MA 01915

Mark Carleton
20 Piccadilly Way
Westborough, MA 01581

Mark Flanagan
7 Dee Rd
Lexington, MA 02420

Mark Heavner
35 Courtland Pines
Holliston, MA 01746

Markus & Nancy Greiner
60 Carleton Rd
Belmont, MA 02478

Marlene Jim Cole
462 Ralph Talbot St
South Weymouth, MA 02190

Martha & Roger Gallagher
207 Slade St
Belmont, MA 02478

Martha Stone
1 Fitchburg St
Somerville, MA 02143

Martin Plecinoga
34 Foster Dr.
Beverly, MA 01915

Marty McShane
94 Old Post Rd
Kittery, ME 03904

Mary Coppinger
3 Love Lane
Rye, NH 03870

Mary Levesque
65 Washington St
PH8
Salem, MA 01970

Mary Tiseo
1010 Memorial Drive
Cambridge, MA 02140

Maryann Wasik
4 Hussey Farm Road
Nantucket, MA 02554

Massachusetts Department of Revenue
PO Box 7044
Boston, MA 02204

Massoud Furniture
128 S. Tryon Street, Attn: Lockbox
Charlotte, NC 28202

Matt Miller
160 Hillside Ave
Arlington, MA 02476

Matthew Bailey
22 Sears Rd
Wayland, MA 01778

Matthew Kalish
8 Lee St
Unit 2
Somerville, MA 02145

Maureen O'Donnell
PO Box 1108
Rockport, ME 04856

McCreary Modern
PO Box 130
Newton, NC 28658

Medford Coffee LLC
72 Junction Square Drive
Concord, MA 01742

Melissa MacDonald
30 Gould Rd
Arlington, MA 02476

Melo & Sons Upholstering, Inc.
16 Proctor Street
Salem, MA 01970

Mercatus, Rickers, & Timmerman
17 Rahlstedter Bahnjofstre
Hamburg German 22143

Meredith & Bill Gisness
38 Norwood Avenue
Manchester, MA 01944

Metropolitan
960 High Street
Perth Amboy, NJ 08861

MFC Repairts
6 Aldersey Street
Somerville, MA 02143

Michael Grady
145 Old Palmer Road
Brimfield, MA 01010

Michael Keane
54 1/2 Evergreen Street
Kingston, MA 02364

Michael Kurgansky
36 Cummings Rd
Brighton, MA 02135

Michael Lally
314 Cross Street
Norwell, MA 02061

Michael Matatia
295 Lynnshore Dr.
Unit 308
Lynn, MA 01902

Michael Pyrros
25 East End Avenue
Apt 7C
New York, NY 10028

Michele Wong
7 Orchard Circle
Westwood, MA 02090

Michelle Adams
20 Vining Way
Cumberland Center, ME 04021

Michelle Green
390 Broadway
Unit #63
Somerville, MA 02145

Middleton Municipal Elec. Dept
197 North Main Street
Middleton, MA 01949

Mieke Soens
46 Marmion St
Jamaica Plain, MA 02130

Mike Mills
2 Thomas Rd
Danvers, MA 01923

Mike Roberts
82 Greenleaf Ave
Medford, MA 02155

Mimoza Sallo
36 Meola Ave
Worcester, MA 01606

Miriam Rosenblum
141 Waban Hill Rd North
Chestnut Hill, MA 02467

Mirta Guevara
359 Lowell St
Methuen, MA 01844

MJ & Dick Powers
92 Wheeler St
Gloucester, MA 01930

Monica Burns
21 Blantyre Rd
Malden, MA 02148

Monika Burns
21 Blantyre Rd
Malden, MA 02148

Mulligan Funding
4715 Viewbridge Avenue, Suite 100
San Diego, CA 92123

Mvid-Reiss
56 Main St
Vineyard Haven, MA 02568

Nancy Simons
10 Bay State Rd
Wellesley Hills, MA 02481

Nashoba Paving Co., Inc.
45 Power Road
Westford, MA 01886

Natalia Petrenko
14 Marion St
Apt 43
Brookline, MA 02446

National Grid
PO Box 11735
Newark, NJ 07101

Nelson Mullins
Attn: Adam Herring, Esq.
Atlantic Station, Suite 1700
201 17th St NW
Atlanta, GA 30363

New England Home Magazine LLC
PO Box 180464
Boston, MA 02118

Nexamp Asset Management Services
101 Summer Street, 2nd Floor
Boston, MA 02110

NH Department of Justice

NH Retail Association
72 North Main Street, Suite 206
Concord, NH 03301

NHI Donovan
76 Bedford Rd
Lincoln, MA 01773

Nicole Badger
15 Dumbarton Oaks
Stratham, NH 03885

Noa Buchalter
359 Tappen Street
Brookline, MA 02445

Norwalk Furniture
100 Furniture Parkway
Norwalk, OH 44857

Nourison
5 Sampson Street
Saddle Brook, NJ 07663

Nutter McClennan & Fish LLP
155 Seaport Blvd.
Boston, MA 02210

Oceanside, Inc.
217 Thornton Drive
Hyannis, MA 02601

Office Source
PO Box 446
Burlington, MA 01803

Oliver Sturm
145 Walpole St
Dover, MA 02030

Palliser Furniture Ltd.
PO Box 331789
Detroit, MI 48232

Pascale & Mark Gouker
55 S. Cottage Rd
Belmont, MA 02478

Patricia Jurus
209 North Shore Rd
New Durham, NH 03855

Patty Buiocchi
44 Briar Road
Hampton, NH 03842

Paul & Suzie Taylor
106 St Johns Ct
Chocowinity, NC 27817

Paul Weingartner
12 Everett St
Beverly, MA 01915

Paula Char
52 Colonial Rd
Milton, MA 02186

Paulette Varno
134 Bishop Rd
Fitchburg, MA 01420

Peg Tuitt
61 Temple St
Somerville, MA 02145

Peoplespan, LLC
95 Washington Street, Suite 224-618
Canton, MA 02021

Peter Copelas
40 Warren St
Salem, MA 01970

Peter Hult
57 Cottage Park Road
Portland, ME 04103

Peter Jakobs
55 Evans Rd
Madbury, NH 03823

Philip & Kathy Oaten
4 Stones Throw
Plymouth, MA 02360

Podium Corporation, Inc.
1650 W. Digital Drive
Lehi, UT 84043

R.E.M. Realty Trust
880 Depot Road
Boxborough, MA 01719

Rachel Ryan
119 South Street
Northborough, MA 01532

Ready Rooter, Inc.
PO Box 371
Sandwich, MA 02563

Rebecca Parkhurst
127 Tarbell Spring Rd
Concord, MA 01742

Regina Medeiros
25 Vine Street
Duxbury, MA 02332

Renata Putnik
45 Province Street
Boston, MA 02108

Revere Consumer Affairs Office
281 Broadway
Revere, MA 02151

Revolution Furnishings LLC
9050 South Willow Street
Manchester, NH 03103

Ric Bayly
31 Martin St
Cambridge, MA 02138

Rich & Sally Lincoln Vogel
47 Carmel Rd
Andover, MA 01810

Richard Nasser
13 Elm Street
Brookline, MA 02445

Richard Nelson
80 Tower Rd
Lincoln, MA 01773

Rick Mitchell
36 Rock Maple Ave
Hamilton, MA 01936

Robert Abbey, Inc.
3166 Main Avenue, SE
Hickory, NC 28602

Robert Coleman
49 Beech Leaf Island Rd
Centerville, MA 02632

Robert Preston
297 Sagamore St
South Hamilton, MA 01982

Robert Richard

Robert Zimmerman
99 Foundry Place
Unit 202
Portsmouth, NH 03801

Robin Kanarek
55 Watertown St
Lexington, MA 02421

Robin White
12 Milk St
Lexington, MA 02421

RS Law LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880

Ryan O'Connor
6 Wyman Street
Jamaica Plain, MA 02130

Sagebrook Home
6259 Bandini Blvd.
Los Angeles, CA 90040

Saloom Furniture Co., Inc.
256 Murdock Avenue
Winchendon, MA 01475

Saloom Furniture Com Dept
32B Kingsbury St
Winchendon, MA 01475

Sandra Blodgett
733 Belknap Mountain Rd
Gilford, NH 03249

Sandy Walak
5 Digren Rd
Natick, MA 01760

Sara Runnals
43 Longbow Rd
Danvers, MA 01923

Sarah Cecil
151 High St
Newburyport, MA 01950

Sarah Hydorn
97 Osprey Lane
Lee, NH 03861

Sarah Scheuplein
148 Sudbury Road
Weston, MA 02493

Schlesinger and Buchbinder, LLP
1200 Walnut Street
Newton Highlands, MA 02461

Scott Tarbell
155 Newtown Rd
Acton, MA 01720

Scott Wennerholm
221 Valley View Rd.
Waterbury Center, VT 05677

Seth & Lauren Blaustein
204 Aubinewood Rd
Amherst, MA 01002

Sferra Fine Linens LLC
PO Bxo 11407
Birmingham, AL 35246

Sharon Lise Normand
49 Rawson Road
Brookline, MA 02445

Sheila & Kevin Prendeville
61 Country Club Circle
Pembroke, MA 02359

Sheryl Howard
180 Beech St
Roslindale, MA 02131

Skip Dickerson
404 Queen Anne Way
Duxbury, MA 02332

Skovby Mobelfabrik A/S
43 Frichsvej
Galten Denmark 8464

Skye Maher
50 Austin St.
Portsmouth, NH 03801

Skyworld Interactive
PO Box 3272
Andover, MA 01810

South State Bank
Attn:  Phillip Daniel, V.P.
1051 Cypress Creek Parkway
Houston, TX 77090

South State Bank, NA
SBA Servicing
2440 Mall Drive
Charleston, SC 29406

Spectra Wood
2625 Carolean Industrial Drive
State College, PA 16801

St Hilaire
536 Haverhill Street
Reading, MA 01867

Stacie & Paul Knight
9 Bridge Ave
Scituate, MA 02066

Staples Business Credit
PO Box 105638
Atlanta, GA 30348

State of Maine
PO Box 1060
Augusta, ME 04332

State of Rhode Island
One Capitol Hill
Providence, RI 02908

Stefanie Walker
11309 S Sweet Pea Lane
South Jordan, UT 84095

Stephanie Dimodica
69 Foundry St
Unit 314
Wakefield, MA 01880

Stephen Lane
22 Winston Road
Marshfield, MA 02050

Steve & Jen Pratt
12 Redstone Lane
Marblehead, MA 01945

Steve King
1569 Hall St
Manchester, NH 03104

Steven Smith
84 Juniper Lane
Pembroke, MA 02359

Steven Way
1 Loons Call
Plymouth, MA 02360

Sue Tom Grant
31 Firefly Point
Plymouth, MA 02360

Suise Mosse
9 Kirkwall Dr.
Stratham, NH 03885

Surya Carpets, Inc.
PO Box 896604
Charlotte, NC 28289

Susan & Charlie Erbafina
2 Sea Fox Lane
Gloucester, MA 01930

Susan Belanich
82 Tenney Rd
Westford, MA 01886

Susan Dickstein
47 Governor Prence Road
Brewster, MA 02631

Susan Feit
27 George Street
Chatham, MA 02633

Susan Moore
1025 Massachusetts Ave
Arlington, MA 02476

Susan Santisario
153 Jericho Path
Unit 3
Falmouth, MA 02540

Susan Voute
94 Bolton Rd
Harvard, MA 01451

Susanna Matter
24 Broad St
Newburyport, MA 01950

Susanne Willert
21 Oak St
Andover, MA 01810

Suzanne Nagelberg
265 King Street
Cohasset, MA 02025

Svetlana Rozenblum
131 Sewall Ave
Brookline, MA 02446

Teebaud
8732 Clay Road, Suite 109
Houston, TX 77080

Teresa Ivester
15 Bay View Drive
Eastham, MA 02642

Teresa Martel
29 Webster Ave
Beverly, MA 01915

Thayer Coggin Inc.
PO Box 88926
Chicago, IL 60695

The Howard Elliott Collection
200 S. Mitchell Court, Suite A
Addison, IL 60101

The Main Street America Group
PO Box 981409
Boston, MA 02298

The Word Moving
108 Main Street
Framingham, MA 01701

Theo Theoharis
36 Highland Ave
Cambridge, MA 02139

Therapedic of New England
135 Spark Street
Brockton, MA 02302

Therese Collins
526 Essex St
Beverly, MA 01915

Thomas Beale
11 Buckingham St
Cambridge, MA 02138

Thor's Elegance Inc.
PO Box 11
Brandon, VT 05733

Three of Hearts LLC
8 Washington Street
Newburyport, MA 01950

Three of Hearts LLC
c/o Mark Foss, Esq.
Fletcher Tilton
100 Front St, 5th Floor
Worcester, MA 01608

Thuy-Chi Ly
8 Watkins Lane
Southborough, MA 01772

Timothy Harned
10 Waterview Ct
South Salem, NY 10590

Todd/Carol Comins
34 Abbott Lane
Chelmsford, MA 01824

Tom & Vena Offen
328 Winch Street
Framingham, MA 01701

Tom Fennick
35 Grove St
Medford, MA 02155

Tom Rettberg
81 Halls Mill Rd
Newfields, NH 03856

Tom Sommerfield
40 Rich Valley Rd
Wayland, MA 01778

Tommy Rich
19 Woodridge Road
Wellesley, MA 02482

Tomra Vecere
22 Mount Pleasant Ave
Gloucester, MA 01930

Town of Acton
472 Main Street
Acton, MA 01720

Town of Pembroke
PO Box 4178
Woburn, MA 01888

Town of Rye, NH
10 Central Road
Rye, NH 03870

Trica Inc.
800 Rue Pasteur
Saint Jerome QC J7Z 7K9

Trivantage
PO Box 786981
Philadelphia, PA 19178

Troupe Waste Services
1477 Bedford Street
Abington, MA 02351

Troy
151 Ariport Drive
Wappingers Falls, NY 12590

Tucker Furniture/M Miller
2017 32nd Street
San Diego, CA 92104

UBEO LLC
21146 Network Place
Chicago, IL 60673

UG2 LLC
2 Copley Place, Tower 2, Suite 110
Boston, MA 02116

United Parcel Service
PO Box 72470244
Philadelphia, PA 19170

Uniters
1700 Palm Beach Lakes Blvd, Suite 1100
West Palm Beach, FL 33401

Unitil
PO Box 981077
Boston, MA 02298

Vaishali Pandya
30 Farmington Dr
Shrewsbury, MA 01545

Valerie Cancro
31 Karl Ln
South Dennis, MA 02660

Valley View Transport LLC
8211 Township Road 652
Millersburg, OH 44654

Verizon
PO Box 15124
Albany, NY 12212

Vermont Handcrafted Furniture LLC
PO Box 4533
Burlington, VT 05406

Vetelino Landscape Inc.
600 Washington Street
Pembroke, MA 02359

Via, Inc.
PO Box 97461
Las Vegas, NV 89193

Victor Lee
10 Mohawk Drive
Framingham, MA 01701

Visual Comfort & Co
PO Box 974399
Dallas, TX 75397

VM Services Solutions Inc.
59 Atsley Street, Suite #3
Hudson, MA 01749

W.A.Mitchell, Inc.
PO Box 432
Farmington, ME 04938

Water Supply District of Acton
PO Box 953
Acton, MA 01720

Wendover Art Group
6465 126th Avenue North
Largo, FL 33773

Wendy Rob Thompson
290 Gardner Street
Hingham, MA 02043

Wesley Allen, Inc.
1001 E 60th Street
Los Angeles, CA 90001

Whittier Wood Products Co
PO Box 2827
Eugene, OR 97402

William Haynes
57 Washington Ave
Needham, MA 02492

William Stein
216 Summit Avenue
Unit S1
Brookline, MA 02446

William Willson
15 Bridge Street
Enfield, NH 03748

Willie Barnett
Great Road Church
Acton, MA 01720

Woodforms
PO Box 69
Foxboro, MA 02035

WXRV-FM 92.5 The River
30 How Street
Haverhill, MA 01830

Younger Furniture, Inc.
110 Todd Court
Thomasville, NC 27360

# United States Bankruptcy Court
## District of Massachusetts

In re   **Circle Furniture Holdings, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Circle Furniture Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 30, 2026**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Circle Furniture Holdings, Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**