**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**CIRCLE FURNITURE HOLDINGS, INC.,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 26-40097-EDK** |

**ORDER APPROVING STIPULATION OF SETTLEMENT BY AND BETWEEN JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE, AND T. COPELAND & SONS, INC. D/B/A COPELAND FURNITURE**

Upon the Motion to Approve Stipulation of Settlement (the "Stipulation") By and Between Joseph H. Baldiga, Chapter 7 Trustee (the "Trustee"), and T. Copeland & Sons, Inc. d/b/a Copeland Furniture dated July 28, 2026 (the "Motion"); and the Court finding that the Motion is in the best interest of the above-captioned debtor's bankruptcy estate; and due notice of the Motion having been given by the Trustee; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

A. The Motion is ALLOWED; and

B. The Stipulation of Settlement By and Between Joseph H. Baldiga, Chapter 7 Trustee, and T. Copeland & Sons, Inc. d/b/a Copeland Furniture is APPROVED.

Dated: September 1, 2026

Elizabeth D. Katz

Honorable Elizabeth D. Katz
United States Chief Bankruptcy Judge